```
  1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
  2                      NORTHERN DIVISION

  3   _____
                                   )
      UNITED STATES OF AMERICA      )
  4                                 )
                                    )
  5       v.                        )  Criminal Docket No. BPG-16-2254
                                    )
  6   HAROLD T. MARTIN, III,        )
               Defendant            )
  7   _____)
                                          Baltimore, Maryland
  8                                       October 21, 2016
                                          2:35 PM to 3:41 PM
  9
              THE ABOVE-ENTITLED MATTER CAME ON FOR
 10                      DETENTION HEARING
          BEFORE THE HONORABLE A. DAVID COPPERTHITE
 11
                    A P P E A R A N C E S
 12
      On behalf of the Government:
 13
              Zachary A. Myers, Assistant U.S. Attorney
 14           Harvey Eisenberg, Assistant U.S. Attorney
              Thea D.R. Kendler, Trial Attorney
 15
      On behalf of the Defendant:
 16
              James Wyda, Federal Public Defender
 17           Deborah L. Boardman, Assistant Federal Public Defender

 18   Also present:

 19           FBI Special Agent Laura Pino

 20
      Proceedings recorded by mechanical stenography, transcript
 21   produced by computer.
      _____
 22
              MARTIN J. GIORDANO, RMR, CRR
 23           FEDERAL OFFICIAL COURT REPORTER
              U.S. Courthouse, Fourth Floor
 24            101 West Lombard Street
              Baltimore, Maryland 21201
 25                 410-962-4504
```

1      <u>**PROCEEDINGS OF OCTOBER 21, 2016**</u>

2          **THE CLERK:**  All rise.  The United States District

3      Court for the District of Maryland is now in session, The

4      Honorable A. David Copperthite presiding.

5          **THE COURT:**  Good afternoon, everyone.  You can be

6      seated.

7          **MR. EISENBERG:**  Good afternoon, Your Honor.

8          **MR. MYERS:**  Good afternoon, Your Honor.

9          **THE COURT:**  Give me just a minute to get set up

10     here, please.

11         (Pause.)

12         **THE COURT:**  Mr. Myers?

13         **MR. MYERS:**  Yes, Your Honor.  Good afternoon, Your

14     Honor.  Assistant United States Attorney Zachary Myers here on

15     behalf of the Government to call the matter of *United States*

16     *of America versus Harold T. Martin, III*.  This is Criminal

17     Number BPG-16-2254.  I'm here with Assistant United States

18     Attorney Harvey Eisenberg, Trial Attorney Thea Kendler from

19     the National Security Division, and Special Agent Laura Pino

20     of the FBI, here for this afternoon's detention hearing.

21         **THE COURT:**  Okay.  Good afternoon.

22         **MR. WYDA:**  Good afternoon, Your Honor.  It's

23     Jim Wyda from the Federal Public Defender's Office.  Here with

24     me at counsel table is First Assistant Federal Public Defender

25     Deborah Boardman.  Also with us at counsel table is

1    Hal Martin.

2             **THE DEFENDANT:**  Good afternoon, Your Honor.

3             **THE COURT:**  Good afternoon, everyone.  Good

4    afternoon, Mr. Martin.  You can be seated.

5             Has everyone had the opportunity to review the

6    Pretrial Services report?

7             **MR. MYERS:**  Yes, Your Honor.

8             **MR. WYDA:**  Yes, Your Honor.

9             **THE COURT:**  I've also reviewed the motion by

10    Defendant, response by the Government, and reply that's been

11    filed by the Defendant in this case.

12             Mr. Myers --

13             **MR. MYERS:**  Yes, Your Honor.

14             **THE COURT:**  -- I'll hear from you.

15             **MR. MYERS:**  Your Honor, the Government is moving for

16    the pretrial detention of the Defendant pursuant to Title 18

17    United States Code § 3140, or -- excuse me -- § 3142(f)(2)(B)

18    because there is a serious risk that the Defendant will not

19    appear as required should he be released.

20             As the Court knows, there are a number of factors to

21    be considered under § 3142(g) in making the Court's

22    determination on release, and we believe that each of them

23    counsels towards holding the Defendant pending trial.

24             The nature and circumstances of this offense are

25    extremely serious.  As the Court knows, this offense involves

1     the theft of irreplaceable classified material on a

2     breathtaking scale.  Many thousands of pages of highly-

3     classified material were recovered from his home, along with

4     approximately 50 terabytes of digital material, a substantial

5     quantity of which is highly classified, and a substantial

6     quantity of the total material seized is highly classified and

7     has -- and much of it has special handling caveats among

8     what's been located and reviewed at this point.

9          The offense here is part of a persistent pattern of

10    behavior, committing serious felonies over the course of

11    approximately 1996 to the moment he was arrested.  There is no

12    reason to believe that the Defendant would have ever stopped

13    but for the intervention of law enforcement; rather, he

14    clearly planned to keep all of this stolen material for

15    whatever purpose he chose.

16         The weight of the evidence is also overwhelming and

17    counsels towards detention.  The sheer quantity of the

18    wholesale theft taking place over two decades of an astounding

19    amount of highly-classified, and yet haphazardly and openly

20    stored through his house, material in his house, his shed, and

21    his car -- his car which was parked in his driveway at the

22    time of the execution of the search warrants, and it, in and

23    of itself, contained a huge quantity of hard-copy documents as

24    well as a large-capacity external hard drive containing

25    highly-classified material.

1          At the time officers encountered him, Mr. Martin was

2     walking between his home and car holding a portfolio that

3     itself contained documents, including documents marked highly

4     classified, and, when initially confronted, Mr. Martin lied

5     and denied taking classified information, notwithstanding the

6     outrageous quantity of it -- of information marked

7     "Classified" openly left about his home and even in his hands

8     when he was encountered.  Later, he would only admit, when

9     directly confronted with specific seized materials, that he

10     had, in fact, removed classified material from his workplaces

11     and that he knew it was wrong.

12          Over the course of 20 years in the Government's

13     trust, signing a number of nondisclosure agreements and

14     undergoing extensive training, it was crystal clear to the

15     Defendant what his legal and patriotic duty were to protect

16     and properly handle this classified information and the reason

17     why such measures are necessary, which is the extreme damage

18     that such violations of the law can do to the nation's

19     security.

20          Mr. Martin's history and characteristics also

21     counsel the Court towards ordering detention pending trial.

22     Mr. Martin has held security clearances from the United States

23     government since 1988, and his career of government

24     contracting is not a mitigating factor in this case.  It is

25     the manner and means of the offense.

```
1              Furthermore, for one of the offenses that he is
2    charged with, it's an element of the offense, and any appeal
3    to his prior service to the country should fall on deaf ears
4    given his 20 years of extremely dishonorable crimes putting
5    the nature -- excuse me -- putting the nation, including its
6    servicemembers, at risk.  He is no longer employed and has no
7    reasonable prospect of legitimate employment in the field he's
8    been working for -- working in for his entire career.
9              Through that work, he's gained extensive knowledge
10   and experience, including information -- excuse me --
11   including knowledge and training on encryption, anonymization,
12   and counter-forensics, and we know that not only did he know
13   about these things, but, based on the forensic examination of
14   his seized digital media thus far, he, in fact, had software
15   and information relating to those topics on devices that were
16   seized.  We know that the Defendant had Cloud storage accounts
17   and has the knowledge and training to access and disseminate
18   digital information without leaving forensic evidence.
19             His years of government and academic training
20   facilitated his commission and concealment of these offenses
21   for over 20 years and would facilitate his ability to obstruct
22   justice, flee the jurisdiction of this Court, or further
23   compromise the country through dissemination of this highly-
24   classified information, including by a computer.
25             Mr. Martin's crime -- Mr. Martin's history of
```

1    committing crimes of betrayal and deceit are the best

2    demonstration of his character.  His claims to love his

3    country are belied by the willful decisions he had made to

4    betray its trust and compromise its secrets.

5           The only person in the District of Maryland that

6    Martin is apparently tied to is -- outside of his employment

7    is the woman he refers to as his wife and who he lived with at

8    the time of his arrest.  The Government is aware of no other

9    family ties in the community.  And Martin lives in Maryland

10   because it's a vital nerve center of the government and of the

11   intelligence community.  His long-time residence in the

12   district is not a reason to release him.  It's what enabled

13   his crimes, and, now that he's lost his employment, his

14   career, and his clearance, there is no reason to believe that

15   simply having a house in this district in any way mitigates

16   the danger that his release would pose.

17          Now, pursuant to the statute, the Court is also, in

18   a case like this, entitled to consider the nature and

19   seriousness of the danger posed by release in determining

20   whether he presents a risk of flight sufficient to order

21   detention.

22          **MR. WYDA:**  Your Honor, I'm not sure I understand

23   where this is going in light of Your Honor's ruling earlier --

24          **THE COURT:**  I'm assuming that you are arguing under

25   § (g)(4) --

1          **MR. MYERS:**   That's correct, Your Honor.

2          **THE COURT:**   -- and § (g) of § 3142.

3          **MR. MYERS:**   That's correct, Your Honor.  I'm only

4     arguing dangerousness as to the nature and seriousness of it

5     as the Court considers whether there is, in fact, sufficient

6     risk of flight.

7          **THE COURT:**   And I will hear those arguments.

8          **MR. WYDA:**   Your Honor, may I ask for a

9     clarification?  It's my understanding that could be used to

10    set conditions, but it can't be used -- it obviates the --

11         **THE COURT:**   Once the Government moves for detention,

12    even if they have a basis for detention, the Court still has

13    an obligation to address the factors in § (g), so I will hear

14    from him, but I will also hear argument from counsel as well

15    on that issue.

16         **MR. WYDA:**   Just so I can make my record, I guess

17    there was a misunderstanding earlier.  If Your Honor is going

18    to detain on the basis of dangerousness, which is what this

19    is --

20         **THE COURT:**   I'm looking at the issue of risk of

21    flight.

22         **MR. WYDA:**   And so is this --

23         **THE COURT:**   That's the only basis.  However, under

24    § (g), there are other factors the Court has to consider when

25    they release someone.

 1          **MR. WYDA:**  Well, then we're on the same page, Your

 2     Honor, but that's not what I'm hearing from the Government.

 3     I'm hearing a basis for detention, not a basis for setting

 4     release conditions.

 5          **MR. MYERS:**  And --

 6          **THE COURT:**  Well, it's not necessarily release

 7     conditions that are set forth in § (g).  So, based on § (g), I

 8     will hear from you, Mr. Myers.  However, I put this in the

 9     context of -- and it should be clear that, because of the

10     nature of the charges, you are not and can not seek detention

11     on the basis of danger to the public.

12          **MR. MYERS:**  That's correct, Your Honor.  This is

13     merely one of the elements to consider in the permissible

14     argument, which is risk of flight.

15          **THE COURT:**  I'll hear from you.  Keep your comments

16     limited to as these factors address the risk of flight.

17          **MR. MYERS:**  Your Honor, only contingent -- excuse

18     me -- only continued detention of the Defendant, given the

19     nature and seriousness of the danger posed by his release, can

20     reduce the harm that would be caused.  There is no condition

21     or combination of conditions that can secure the

22     Defendant's -- excuse me -- that can successfully secure the

23     Defendant's appearance.  Currently, the only calls he can make

24     are to counsel and to his wife, and calls to his wife are

25     closely monitored, although of course calls with counsel are

1    not.  They are also the only approved visitors.

2           It would be difficult, if not impossible, for the

3    Court to fashion conditions that would prevent violations of

4    those sorts of restrictions as opposed to merely addressing

5    them after the fact, and, in fact, under the Bail Reform Act,

6    the only statutory remedies authorized for violation of the

7    Court's release order are modification of the Order,

8    revocation of the Order, or contempt of Court.  None of these

9    remedies prevents or mitigates the possibility of release or

10   non-appearance, and the damage done potentially to the

11   national security by the flight of the Defendant would be

12   immediate and irrevocable.

13          Now, the cases cited by the Defendant for the Court

14   to consider in his responsive pleading, I think, can clearly

15   be distinguished from the case at bar.  None of the cases

16   referenced by the Defendant appears to involve evidence that

17   those defendants had digital information and the same

18   potential or expertise to do further harm to the community

19   should they be released.  None of those cases involves

20   anything close to the sheer volume and nature of the two

21   decades of classified information that was stolen, and the

22   Defendant's access to and knowledge of highly-classified

23   information coupled with his demonstrated lack of interest in

24   protecting it make him a high-value recruitment target for

25   foreign intelligence services or other bad actors who could

1    try to recruit or pay him now that he's otherwise

2    unemployable.

3         The Defendant is uniquely and singularly situated in

4    the realm of these offenses.  He presents an unprecedented and

5    incomparable value to foreign intelligence or bad actors in a

6    21st century environment given the value of his extensive

7    technical knowledge of the government's operations and the

8    stolen material itself.

9         In the Criminal Complaint filed shortly after his

10   arrest at the outset of this investigation, the Defendant

11   faces preliminary charges with a combined statutory maximum of

12   eleven years; however, given what has been shared with the

13   Defendant thus far, he now knows that the evidence suggests

14   that he has engaged in many individual violations of the

15   Espionage Act, and such charges, if run consecutively, could

16   carry statutory penalties and guidelines that could amount to

17   a sentence as high as 30 years to lifetime imprisonment,

18   giving him significant incentive to flee.

19        The evidence is much more than is necessary for the

20   Court to find that the Defendant poses a risk of non-

21   appearance, and the only means the Court has to address these

22   risks successfully is to order the Defendant held pending

23   trial.

24        Thank you.

25        **THE COURT:**  Thank you, Mr. Myers.

1          **MR. WYDA:**  Your Honor, are you ready for me?

2          **THE COURT:**  Absolutely, Mr. Wyda.

3          **MR. WYDA:**  So I -- I admit I'm a little bit baffled

4     about how to proceed, and I guess let me encourage the Court,

5     as usual, to ask me questions about concerns the Court may

6     have.  Again, our understanding is this was all about risk of

7     flight and, from the beginning to the end of the Government's

8     presentation, we heard about threats to national security.

9          **THE COURT:**  Well, I think, Mr. Wyda, the comments

10    that were made by Mr. Myers, I take them in the context of his

11    non-appearance and what that would mean in terms of threat to,

12    danger to the public through his non-appearance, and that's

13    how I'm looking at it, from that perspective.

14          So I think that what I'd like to hear -- and I'm not

15    going to be conducting direct examination here, but what I'd

16    like to hear is his ties to the community and what basis you

17    have to convince me that he should be released and he is going

18    to appear.

19          **MR. WYDA:**  Your Honor, that's easy, but -- so let me

20    start this way.  Let me talk about who Hal Martin isn't, Your

21    Honor.

22          First of all, he's not Edward Snowden.  He's not

23    someone who, due to political ideas or philosophical ideas or

24    moral principles, thinks he knows better than everybody else

25    and, hence, is compelled to release government secrets to

1  foreign countries in order to prove himself right or morally

2  more principled.  He's not Robert Hanssen or Aldrich Ames,

3  someone motivated by greed and willing to harm his country.

4  Who is Hal Martin?  He is -- he's kind of old-

5  fashioned.  He believes in old-fashioned principles like duty

6  and honor.  He believes in service to his country.  He's a

7  Navy veteran who served for four years.  He then served for

8  eight years in the Reserves.  He believes in hard work.  He's

9  worked for more than 20 years -- despite the Government's

10  effort to disparage it, he worked trying to protect his

11  country as best he could for over 20 years, while also getting

12  graduate degrees and a master's degree from George Washington

13  and all the coursework done for a Ph.D. from UMBC.

14  Hal loves his family.  Deb Shaw is here in the front

15  row, along with the pastor of her church and another family

16  friend.  His brother, Michael Martin, is there on the side of

17  Deb.  He traveled here from Florida to be here in support.  He

18  has his sister, who couldn't make it today because she's

19  taking care of their mother and her child in the New England

20  area.  I'll leave it at that.  But he has -- he loves and he

21  is loved by many people who support him at this time.

22  A little bit more about Hal, the person, that you're

23  to consider today.  Hal's concerns -- his life concerns are

24  similar to all of ours.  He's struggling to pay a mortgage.

25  He's got student loans.  He's got lawns to cut and leaves to

1    rake.  Those were concerns before these charges arrived.  Hal

2    is also one of the most voracious minds I've met.  He is

3    hungry to learn.  He is fully engaged in this process with his

4    counsel.  He is a pleasure to work with, and he is starved to

5    understand this process, and engaged in it, and that's the way

6    he goes through life, is trying to get a deep understanding of

7    everything he encounters along the way.

8          What distinguishes Hal Martin from Edward Snowden

9    and Aldrich Ames the most is his love of country.  Hal loves

10   America and believes in the mission of the companies -- of the

11   organizations that he worked for.  It seems to me this is

12   particularly important under the Bail Reform Act.  It seems

13   like it's particularly important for your decision regarding

14   risk of flight.  All of Hal's ties are to this country, and he

15   has been devoted to serving his country throughout most of his

16   life.  I want to address that a little bit further later on in

17   my presentation.

18         There is three reasons why -- you know, why I think

19   what I just said is so true.  It's Hal's personal history.

20   It's also the Government's charges in this case.

21         Your Honor, they've charged Hal purely with

22   obtaining the documents.  It's a serious crime.  It carries

23   the maximum that it carries, and it brought us here today, but

24   there is significant stuff missing that I frankly think would

25   be of much more concern to the Court in terms of doing what

1    you have to do under the Bail Reform Act, which is project out

2    whether there is a risk of flight.  You're making a prediction

3    as to what the risks are.

4         There is no evidence that Hal shared this

5    information with anyone, that Hal intended to.  The Government

6    hasn't charged it that way.  My -- they've threatened to bring

7    other charges, but, again, they made no allegations in there

8    that they intend to bring anything more serious than what

9    they've brought already in terms of the retention of the

10   documents.  I hope I'm being clear about the significance of

11   that.

12        Under the Bail Reform Act, we're making a prediction

13   as to whether Hal will flee, and this is an individual who has

14   admitted that he possessed the documents, has confessed to

15   that, and has engaged in a process to cooperate with the

16   Government, repeated meetings with the Government to help them

17   understand what they have, to help them understand how he got

18   them, in two different meetings with the Government.  And so,

19   on his own, he confessed to possessing the documents, and

20   then, in repeated meetings with the Government, he helps them

21   understand what he did and what they have.

22        There is nothing else from the Government on

23   transmittal, any evidence that he's any sort of -- intended to

24   be a traitor to his country, and, Your Honor, they've had

25   these documents now.  They've had all of his electronics, with

1    all of the power of the NSA, for six, seven weeks.  There is

2    nothing to indicate that Hal Martin is a traitor.  There is

3    nothing to indicate that Hal Martin has any animus to his

4    country.

5         What we see is an individual who has collected.  I

6    want to say something about the collection, because that seems

7    to be the elephant in the room, and there is sort of a

8    bizarreness to it that might give the Court pause, again, on

9    the basis of a concern regarding risk of flight.

10        (Whereupon, Mr. Eisenberg and Special Agent Pino

11   leave the courtroom.)

12        **MR. WYDA:**  Hal, as I mentioned earlier, is a

13   voracious learner and committed to being excellent at his

14   work.  He loves being part of the team.  He loves being part

15   of the mission of the National Security Agency in general.

16   Hal desperately wanted to be good.  He desperately wanted to

17   make a difference, and he treasured these documents that he

18   started to bring home in order to accomplish that.  He started

19   to do that in 1998 --

20        (Whereupon, Mr. Eisenberg and Special Agent Pino

21   enter the courtroom.)

22        **MR. WYDA:**  -- and it was always driven by Hal's

23   effort to learn more, to try to be better, serving the mission

24   of the organizations that he was working for.

25        Your Honor, in some ways, as the Government has

1     presented, taking documents since 1998 is a bad fact for us,

2     but, frankly, I think it's also a favorable fact under the

3     Bail Reform Act, because there is no evidence that any of

4     these documents from 1998 on were released into the public,

5     that this was somehow done in order to betray his country.

6             What began as an effort by Mr. Martin to be good at

7     his job, to be better at his job, to be as good as he could

8     be, to see the whole picture at his job, became something more

9     complicated than that.  It became a compulsion.  It got a grip

10    on Mr. Martin, and, frankly, I think the mental health

11    component of this is the only explanation for possessing, you

12    know, 50 terabytes of information.  This -- after a while,

13    Your Honor, frankly, this no longer makes sense.  You're doing

14    this constantly, gathering more and more information all the

15    time, information you can't possibly get your arms around.

16    There is more information there than Mr. Martin could ever

17    manage or read.

18            This was not Spycraft behavior.  This is not how a

19    Russian spy or something like that would ever conduct

20    business.  A large number of the documents were contained in a

21    shed in his backyard that was unlocked, with classified

22    material in it, that had dust everywhere.  These are documents

23    that hadn't been looked at, hadn't been touched for years.

24            This is the behavior of a compulsive hoarder who

25    could not stop gathering and possessing the documents he

1    treasured.  Hal has a history of this.  His family has

2    reported on it.  It's the way he lived for years before he met

3    his wife, Deb Shaw.  Deb has helped him at least contain it

4    structurally within the house into his office and the shed so

5    that the rest of the home remained a sense of order that the

6    Government agents, when they went in there, saw the craziness

7    of Hal's office and that shed.  His mother has a history of

8    hoarding, and, again, we have received reports that people who

9    have seen Hal's prior residences saw the magnitude of how it

10   was out of control.

11          I guess, Your Honor, I want to touch on a couple of

12   matters that the Government raised in their written and oral

13   presentation that I think -- you know, that I worry may be of

14   concern to the Government -- I mean, to the Court in terms of

15   releasing Mr. Martin.

16          First of all, the Government mentions the initial

17   interview with Mr. Martin.  We will concede that Mr. Martin

18   was not immediately candid.  Again, I have heard from

19   prosecutors -- and you've been one for a long time in a

20   previous life.  I don't think it's unusual for folks, upon

21   meeting law enforcement, to immediately come clean.  It's not

22   unusual for there at least to be a token attempt at a defense.

23   Mr. Martin's lasted minutes.  He then proceeded to tell them

24   everything he knew while waiving his *Miranda* warnings and only

25   meeting the -- you know, the next day.

```
 1            We then went in to meet with the Government later
 2      that evening.  We then went into meetings with the Government
 3      a few days later, all in an effort to assist the Government to
 4      get control of this situation that Mr. Martin regrets
 5      creating.  Again, Your Honor, I am hoping the inference you
 6      draw from that is that this is an individual who, through
 7      counsel, is embracing the process of the criminal justice
 8      system and is trying to do what he can to make amends for what
 9      he's done.
10            The Government's raised the spectre of additional
11      charges.  I don't think Your Honor can do anything with that
12      at this stage.  I hope not, but, if Your Honor is going to, at
13      least make them specify what they're doing, because, again, I
14      don't think there is anything else that -- if they had
15      evidence to prove transmittal or something like that, we would
16      have seen it by now.
17            The Government, in its paper -- and I can't remember
18      now whether they made it a part of their presentation
19      earlier -- that a quote in their paper:  As a trusted insider,
20      the Defendant was able to defeat myriad expensive controls
21      placed on the information.
22            Mr. Martin has a ton of respect for the entities
23      that he worked for.  I do as well, but, Your Honor, there was
24      nothing sophisticated about what Mr. Martin did to remove this
25      information from those organizations.  When I met
```

```
 1        Mr. Martin --
 2                MR. EISENBERG:  Excuse me, counsel.  We might have
 3        to approach the bench, Your Honor.
 4                THE COURT:  Come on up.
 5                (Whereupon, a discussion occurred at the bench under
 6        seal.)
 7                MR. WYDA:  Your Honor, could I have one minute,
 8        please?
 9                THE COURT:  Absolutely.
10                (Pause.)
11                MR. WYDA:  Your Honor, again -- I'm ready to proceed
12        if the Court's ready.
13                THE COURT:  Yes.
14                MR. WYDA:  Again, the Government mentioned in its
15        presentation Mr. Martin's technical knowledge, his use of
16        encryption technology, anonymization, and virtual machines
17        techniques.  That's in their paper.  I think that was in their
18        briefing, their presentation.  It's what Mr. Martin does.
19        It's what his graduate degrees are in -- information
20        technology and protecting that information.
21                Your Honor, again, I'm not sure I'm aware of the
22        Court's facility with these issues, but the U.S. Attorney's
23        Office and we exchange information through encryption all the
24        time.  The servers in my office are virtual machines.  This is
25        not -- this is not rocket science, Your Honor.
```

1          **THE COURT:**  I think the basic premise, if I

2    understand, is that, if you have a certain skill set, this is

3    every day.  This is an everyday procedure, and, to those of us

4    who may not do this every day, it may seem extremely

5    complicated, but, if it is your job, you have that skill set,

6    you have that education and training.  So I get that,

7    Mr. Wyda.

8          **MR. WYDA:**  Your Honor, the Government makes a great

9    deal in its paper, and I think they did again today, and,

10   frankly -- you know, full disclosure -- this is one of those

11   moments where I feel like I'm arguing about dangerousness and

12   not about risk of flight, which is where I shouldn't have to

13   go, but, again, it's a little bit hard to envision, you know,

14   sort of what's giving the Court concern, but, again, we've

15   heard much about Mr. Martin's ability to, when he's home,

16   access technology or communicate with someone else in a way

17   that could do harm potentially to the nation's security.

18         That does not seem to me to be about risk of flight,

19   Your Honor.  That seems to be about the prong of the Bail

20   Reform Act that we said wasn't relevant, but, again, as a

21   factual matter, Your Honor, my response to that is what I said

22   at the beginning, which is, before you do that, before you

23   detain him on the basis of that, you have to show some motive,

24   some intention to do some harm with this stuff other than

25   collecting, because the collection is gone.  All that is taken

1    out of his house.

2         What the Government has not shown the Court through

3    its charging documents, through its paper, is any intention,

4    other than the gathering, to do any harm to the country.

5    Again, when we're looking to make a prediction regarding risk

6    of flight, as we have to do under the Bail Reform Act, it

7    seems to me completely necessary to have some bad motive other

8    than the collection, because the harm from the collection is

9    now gone because, trust me, that house is cleaned out.  There

10   is nothing remaining there, and the compulsion that was

11   driving Mr. Martin was the collection.  There is no evidence

12   that there was any intention to use that.

13        Your Honor, there is one other matter that I shared

14   with the Court.  In the Government's pleading, they share an

15   excerpt of a draft of an e-mail to -- I believe it was the

16   folks at the NSA, in which the Government -- in which

17   Mr. Martin expresses frustration with their not hearing his

18   ideas about how to better protect their secrets, their work.

19   Again, this is Mr. Martin's expertise.  This was his role

20   there, which was to advise on these matters, and, in a

21   particularly, I would say, flippant, maybe even a snarky tone,

22   he calls out his colleagues for not listening to him, for not

23   understanding the risks that they were taking, and, again, the

24   Government attributes to that, you know, the notion that

25   Mr. Martin is a disgruntled employee.

1       I bring this up because, frankly, if we had this

2    letter, I think we may well have submitted it on our behalf.

3    I want to draw your attention, Your Honor, to right before the

4    signature line, you know, that last paragraph right before the

5    signature line that reads:

6       "If you need reassurance, come have a chat at any

7    time, introduce yourself as a 'Cousin', and we can talk

8    plainly, in a collegial manner.  I will even spring for the

9    coffee.  My treat, you've earned it, it is a very impressive

10   collection network.  I, and alot of other Americans/'Partners'

11   are depending on you guys/gals to do your jobs right so we all

12   make it to retirement without having to learn a foreign

13   language at the end of a gun barrel.

14       "Best, Hal."

15       Your Honor, the Government's had everything Hal got

16   for six weeks, and the letter they put in to damage Hal has

17   Hal Martin, at the end of the letter, wrapping himself in the

18   flag, congratulating them on the good work they've done

19   protecting America and protecting him.  This is totally who

20   Hal Martin is.  He is devoted to the mission.  He wants to be

21   part of that team.  He's referring to them as cousins.  He's

22   so proud of their work and he's -- he's inspired by the

23   quality of their work and grateful for their service to the

24   nation.

25       That, in my understanding, is what's in every

1    communication that the Government's looking at from

2    Hal Martin.  This isn't anybody who has an intention to -- I

3    don't think I have to say it -- harm the country in this Bail

4    Reform Act context, but he doesn't have that intention, and he

5    doesn't have the intention to flee the country.  This is his

6    home.

7            The Government's entire case for flight is that

8    Mr. Martin is desirable to foreign entities the way

9    Edward Snowden was.  Eighty percent of their filing in advance

10   of this proceeding was about dangerousness.  Risk of flight

11   felt like a token afterthought.  It ignores the fact that

12   Mr. Martin has no interest, no desire to be anywhere but here

13   in the country he lives in, with the family he loves.

14           He has traveled outside of the country as an adult

15   once in his life to France in 2004, I believe it was, other

16   than his Navy service.  He has a devoted wife.  He owns a

17   home.  He has lived in Maryland since 2000.  He's lived in the

18   same region since he left the Navy.  He is connected to the

19   community through educational institutions and, you know,

20   through family and friends who are here in court today.

21           Your Honor, the Government also mentions, in the

22   context of risk of flight, a couple of things in its paper,

23   and I believe they did in their presentation as well, that I

24   wanted to take a second to address.

25           They threw out the possibility that not only might

1    Mr. Martin flee, but he might be kidnapped by another country

2    because of the value of his mind.  Again, I have a ton of

3    respect for everybody at that table, but, Your Honor, that

4    just can't be so.

5           I'm getting cleared to go into a SCIF where I'm

6    going to look at all that stuff.  Ms. Boardman is going to

7    look at all that stuff.  Everyone on that side of the table

8    has looked at all that stuff, half the people at NSA have

9    looked at all that stuff, and we're not giving them security

10   so that they can go to the Whole Foods or to the Barnes &

11   Noble bookstore.  We have to be able to -- it can't be that we

12   detain Hal Martin in a detention facility because we can't

13   protect him.  That's not us.  That's not who we are.

14          Your Honor, there is also a suggestion in the

15   pleading -- and, again, I don't think I heard it today, but

16   I'm just not sure -- that you should consider the fact that

17   Mr. Martin showed some evidence that he studied Russian as a

18   basis to detain him.  I don't -- again, I don't want to be

19   disrespectful to the Government, but that sounds like

20   something I would have heard at a presidential debate.  This

21   is beneath us.

22          This is someone who works in the national security.

23   This is somebody trying to protect our country.  The notion

24   that he would try to better himself by learning Russian -- a

25   little bit of Russian -- there is no evidence that he's fluent

1    in any way -- it can't be a basis for detention.

2            Finally, Your Honor, the Government mentions and

3    Pretrial mentions in their report a risk of suicide.  I'm

4    assuming that's relevant regarding risk of flight, and, again,

5    it was reported to the Government by Hal's wife on a pretty

6    emotional night that she was worried about Hal when -- because

7    she was worried about Hal, that this was a very stressful

8    night for Mr. Martin, this was a very stressful night for the

9    entire family, and she suggested, either directly or

10   indirectly, that Mr. Martin might -- might lose it.

11           Your Honor, the Government and I discussed that on

12   the night we went to the detention facility.  All of us agreed

13   that he was no risk of suicide, that he was not put under any

14   sort of suicide watch.  He's not been under any sort of

15   suicide watch.  He has had sheets.  He has had clothing that

16   can be turned into a noose.

17           We did none of the things to protect him from

18   suicide that we would do if that were a serious concern, and,

19   again, I do think very highly of Government counsel and the

20   agents on the other side.  They probably care about folks --

21   you know, my clients in all our cases, but they really care

22   about talking to this guy, and they made no effort to protect

23   him from suicide at that facility.  Your Honor, you can't give

24   that any weight in determining whether Mr. Martin is a risk of

25   flight, because they didn't.

1          The Government has raised the spectre of national

2     security in their filings, and I think again today, even

3     though this is all about risk of flight.  We -- our courts --

4     your role, it seems to me, is even more important in that

5     context when the executive branch plays that card.  We

6     historically have made mistakes in this context when the

7     Government raises the spectre of national security.  All we

8     can do, Your Honor, is rely upon our laws and our process.

9          I know you're true to that.  You did that with your

10    initial ruling by restricting the Government from not arguing

11    dangerousness and by limiting them to only risk of flight.

12    When you embrace this process of the Bail Reform Act and the

13    law of the Bail Reform Act, there is only one answer, Your

14    Honor, that can be set:  Mr. Martin needs to be released on

15    conditions.

16          He is not a serious risk of flight.  It is not

17    credible, Your Honor, with all due respect to the Government's

18    presentation and your role, but it's simply not credible to

19    think this gentleman, who has lived here his entire life --

20    with the ties that he has in this community, with the way that

21    he has embraced this process, it is not credible to believe

22    that he is going to flee and that there is a serious risk of

23    flight in this case.

24          Thank you very much, Your Honor.

25          **THE COURT:**  Thank you, Mr. Wyda.

1          Mr. Myers, is there any response?

2          **MR. MYERS:**   Yes, Your Honor.   And, as the Court

3    knows, I do have tremendous respect for both Defense counsel,

4    and, as experienced and, you know, very skilled practitioners,

5    I know that they're well aware that, in the federal criminal

6    context, "cooperation" is a term of art, and cooperation and

7    whether the Government chooses to make motions for

8    cooperation, that's based on a determination that something an

9    individual has done, you know, amounts to substantial

10   assistance in an investigation and prosecution, and, without

11   getting into the details of any communications with the

12   Defendant, you know, in the context outside of his initial

13   interview in deference to the agreements that, you know, may

14   have covered those discussions, I'll suffice to say that the

15   Government does not at this point believe that the Defendant

16   has fully or truth -- been fully truthful or forthcoming in

17   the information that he has shared, and I think one example

18   where, after, you know, discussions, you know, he -- I have to

19   credit to a degree, after hours upon hours of searching his

20   home, you know, very experienced agents, they finally left

21   with the trove of evidence that was highly classified that

22   they seized, and, after discussing with the Defendant, they

23   learned that, nevertheless, there were multiple additional

24   disks and external hard drives containing significant

25   quantities of data that they hadn't been able to find because

1    of the -- I guess the skill with which the Defendant had

2    secreted them within his home.

3              And it is to his credit that he informed us about

4    where to find them, but there is no guarantee at this stage

5    that he's told us about everything that might be stored in his

6    computer or outside of his computer on other systems, and, as

7    the Court well knows, in the modern age of technology, on a

8    piece of media the size of a thumbnail, you can store

9    astounding quantities of information.  It is simply impossible

10   to guarantee that, no matter how thoroughly a location is

11   searched, there aren't any devices, whether Internet-enabled

12   or not, that have not been secreted away, particularly by

13   someone who has shown a proliferation for having a number of

14   devices and sophisticated technical knowledge.

15             And the reason that the Government believes this

16   goes to a flight risk under § (g)(4) is because, whether or

17   not he's able to get his hands on other stolen government

18   material that might not have been recovered, the fact of

19   merely just what's in his head, as Defense counsel, you know,

20   reiterated, we argue, is of immense value to those who may

21   wish to do our country harm, and, if he ends up in the hands

22   of foreign powers, whether or not it's with his consent, an

23   ankle monitor is not going to prevent him from going down the

24   road and ending up in territory that we can't recover him

25   from.

1              Thank you, Your Honor.

2          **MR. WYDA:**  Your Honor --

3          **THE COURT:**  Mr. Wyda or Ms. Boardman, anything?

4          **MR. WYDA:**  Yes.  Just I guess briefly, one thing

5    is -- again, I don't think this possibly gets into anything

6    classified.  Your Honor, the documents that he's referring to,

7    the disk that he's referring to, they were behind a bookshelf.

8    Again, Your Honor, please take that into account.

9          **THE COURT:**  Secret hiding places.

10          **MR. WYDA:**  Secret hiding places behind the

11   bookshelf.  I did that when I was in second grade, Your Honor.

12   Frankly, if that's what they characterize as sophisticated, I

13   hope you take that into account when evaluating the rest of

14   the Government's proffer.

15              Your Honor, I also want to make sure that what we're

16   offering here -- again, I'm assuming I don't need to do this,

17   because Your Honor knows the panoply of options available, but

18   what we're proposing is a 24/7 lockdown, that he be in the

19   custody of his wife, Deb.

20              Would you stand up, please, so that -- again, Your

21   Honor has read the Pretrial Service report, but his wife,

22   Deb Shaw, is here.  She has an impeccable record herself.  She

23   is a church-going woman who works in her church.  I know the

24   Government thinks very highly of her.  They've had plenty of

25   interactions where she's given them complete access to

1    whatever they've wanted.  I think they came in without a

2    warrant to look behind the bookshelf that they forgot to look

3    behind, but, again, Ms. Shaw is here, and she's available to

4    talk with Your Honor if you need any reassurance.

5            Your Honor, again, Ms. Boardman reminded me that --

6    of course that, you know, we can set up conditions that would

7    limit his access to any electronic devices.  All the computers

8    have been taken out of the house except for Ms. Shaw's laptop,

9    which she can leave at her office and does not need to bring

10   into the home.  If there is any other concerns that the Court

11   has or the Government has, we'd happily take care of it.

12           Your Honor, also, you've seen from the financial

13   section of the Pretrial Services report that Mr. Martin has no

14   means of funding a flight away from, you know, the District of

15   Maryland.  There is no -- you know, there are no excess funds.

16   At this point, he is out of work and virtually impoverished.

17           Your Honor, under the circumstances, there is no

18   serious risk of flight, and we hope that Your Honor will

19   release Mr. Martin under the conditions we've proposed.

20           Thank you.

21           **THE COURT:**  Thank you, Mr. Wyda.

22           First of all, let me explain something.  My decision

23   in this case is governed by the Bail Reform Act, 18 U.S.C.

24   § 3142, and how these offenses are applicable to the Bail

25   Reform Act.  The Government has originally charged and has

1    only charged the Defendant by a Complaint with two offenses.

2    The Defendant is charged with theft of government property

3    under 18 U.S.C. § 641, and unauthorized removal or retention

4    of classified documents or materials by a government employee

5    or contractor under 18 U.S.C. § 1924.

6            Under the Bail Reform Act, neither of those sections

7    permit the Government to seek detention on the basis of danger

8    to the public.  The Government therefore, under the law that I

9    must follow, is restricted to arguing for detention only on

10   the basis of risk of flight.  This is based on the charges.

11   It's not based on the conduct.  It's based on the charges.

12   So, when Mr. Wyda noted that the Court has already ruled, I'm

13   ruling in accordance with the Bail Reform Act and the fact

14   that the Government has not indicted under more serious

15   offenses.  So I am limited by what I can make a determination,

16   and here, I'm limited on the issue of risk of flight.

17           I've listened to both sides carefully, and I think

18   that Mr. Wyda has made some very persuasive arguments.  No

19   investigation is perfect, and no seizure of evidence is

20   perfect, and there is always this feeling on the Government's

21   side of maybe they've missed something, or maybe they haven't

22   gotten all of the information.

23           So I'm looking at this case from the issue of the

24   Defendant, from the perspective of his history, his conduct,

25   and the factors that I'll speak about individually in a few

1    moments, but it's clear from what has been presented to the

2    Court the Defendant has been engaged in this illegal conduct

3    for 20 years, from 1996 -- and I think Mr. Wyda referenced

4    1998, so let's just say it's either 18 or 20 years, but it's a

5    long-term conduct.  It has been described as a sort of

6    hoarding and maybe a compulsive disorder.  That might be true.

7    That might not be true.

8            But what I'm left with is the fact that someone who

9    has been entrusted with these kind of documents and this sort

10   of access has, for a period of 18 to 20 years, been conducting

11   this hoarding, removing documents that are highly classified,

12   that certainly the dissemination of which would cause grievous

13   harm, according to the Government, to this country.

14           As Mr. Wyda pointed out -- and the Government has

15   not argued otherwise -- there has been no evidence presented

16   to this Court of dissemination of this information.  There has

17   been no evidence that any of these documents were located in

18   any other place other than where they were recovered.

19           However, there is also no evidence that all of the

20   documents -- I'm only faced with what I have, but that all of

21   the documents were recovered, and we know it's been a long-

22   term obsession to remove these documents and to store these

23   documents, and there is no reason for me to believe that all

24   have not been recovered, but it does leave sort of a gap.

25           That being said, Mr. Wyda very correctly argued that

1       all of the people at both tables, along with many other

2       persons who are employed with appropriate security clearances,

3       have viewed and will view these documents.  The difference

4       with the Defendant is that all of the people at this table and

5       all of those other persons have not been removing them from a

6       secured facility.

7              When I saw the excerpt that Mr. Wyda referred to and

8       that the Government had referred to in its written motion, I

9       agree with Mr. Wyda.  I think that the Defendant paints

10      himself to his colleagues, right or wrong, as somebody who is

11      smarter and is willing to help them, is willing to help them

12      make their control of these kinds of documents more secure;

13      however, you don't really do that by removing 50 terabytes of

14      classified documents and documents that belong to the

15      government.

16             So what I see is we have a person here who may be

17      two persons: the person who may be the smart kind of guy at

18      work who co-workers may or may not look up to, but certainly

19      is attempting to help them, and, at the same time, someone who

20      is walking out the back door with documents that he knows

21      better from his 20 years as a contractor and also from his

22      time in the Navy that he has no business removing from that

23      facility, and the grave harm that could result.  Now, I say

24      that in the context of risk of flight.

25             There is some information contained in the Pretrial

1    Services report that gives someone great pause, and it gave

2    the Pretrial Services officer great pause.  One of them is his

3    problems with alcohol and binge drinking episodes that he

4    admits to.  Another thing that gives me great pause and would

5    give anyone great pause is that -- and the Government failed

6    to mention this in their presentation, but one firearm was

7    recovered on the floor of his vehicle -- it was a handgun that

8    was fully loaded, according to the Government's written

9    motion -- and at least ten other firearms, or maybe nine other

10   firearms were recovered from the residence.  Two of those were

11   assault-type weapons.  One was an AR-type weapon, and the

12   other one was a shotgun with some modifications.

13           Now, that's not illegal for him to have, but what's

14   really odd about that is that his partner, Ms. Shaw, who is

15   here, or wife, Ms. Shaw, according to the statements from the

16   Government, was unaware that he even had the firearms.  So you

17   have someone who presents themselves as two different people.

18   And I think that I agree with Mr. Wyda.  There is some serious

19   mental health issues going on here, and maybe there is other

20   things going on here as well, but certainly he has a number of

21   issues that concern his mental health.

22           He's a highly-educated man who is certainly

23   capable -- and now, as a Ph.D. candidate at UMBC in this very

24   field, he's certainly capable of doing at least what the

25   Government suggests, that there is a possibility that there is

 1    other information out there.

 2          But, in terms of risk of flight, once the Court

 3    determines that the Government has a right to seek detention,

 4    which they do, only under risk of flight -- and I'm going to

 5    make my comments clear.  Once the Government makes that

 6    determination, I look at certain factors that I am compelled

 7    to look at under the Bail Reform Act:  The nature and

 8    circumstances of the offense charged, including whether the

 9    offense is a crime of violence, a violation of § 1591, a

10    federal crime of terrorism, or involves a minor victim, or

11    controlled substance.

12          Looking at the nature and circumstances of the

13    offense in this particular case, it is an egregious offense.

14    The nature and circumstances of the offense alone, if there

15    was an argument that could have been made for danger, would

16    certainly have warranted detention.

17          The weight of the evidence against the person:  When

18    the FBI recovers 50 terabytes of information and documents,

19    many of which were highly classified -- other documents, I'm

20    sure, were classified -- then certainly the weight of the

21    evidence is very strong.

22          The history and characteristics of the person:  This

23    is sort of what I was talking about before.  We have someone

24    who may be presenting them self one way, and maybe doing

25    something completely different, and I think that's evident in

1    the fact that, you know, he presents himself as sort of the

2    protector of NSA and classified information, but yet walks out

3    and stores it in an unlocked storage shed, information that I

4    am sure many of this country's enemies would love to explore.

5           So, when looking at the issue of risk of flight,

6    based on the Pretrial Services report, where they really don't

7    address a lot of these issues, but they do address the alcohol

8    abuse, the fact that -- and Mr. Wyda pointed out the fact that

9    there is certainly a mental health issue, and he does have

10   ties to the community, and I credit his family for being here,

11   but remember:  For 20 years, while this was going on, his

12   family was there, and I'm sure they knew nothing about this.

13          So, based on the issue of risk of flight, I find by

14   a preponderance of the evidence that the Defendant does pose a

15   risk of flight, and I will detain the Defendant on that basis

16   alone.  If the Court were to also consider, under

17   § 3142(g)(4), the nature and seriousness of the danger to any

18   person in the community that will be posed by the person's

19   release, if I were to consider that, I would also find, by

20   clear and convincing evidence, that there are no conditions

21   that could ensure the safety of the public as well as the

22   presence of the Defendant.

23          However, I'm detained -- as I'm saying, the

24   Government has restricted my decision to the issue of risk of

25   flight; however, one of the factors, as I've said, under

1    § 3142(g)(4), the nature and seriousness of the danger to any

2    person in the community that will be posed by the release,

3    it's clear that the Government sort of paints the Defendant as

4    a walking encyclopedia of classified information.  I don't

5    know if that's completely correct, but I do know that he had

6    access to all of this information, and I credit him, and I

7    certainly am glad we're not sitting here talking about

8    dissemination of information to foreign powers.

9         But, at the same time, he is a serious risk to the

10    public.  His release would pose that, and, under § (g)(4), if

11    I were to consider that, I would find that and find by, as I

12    said, clear and convincing evidence there are no conditions

13    that could be set.

14         So that is my ruling.  Is there anything further?

15         **MR. MYERS:**  Nothing from the Government, Your Honor.

16         **THE COURT:**  Okay.  Thank you.

17         **MR. WYDA:**  Not from the Defense, Your Honor.  Thank

18    you.

19         **MR. EISENBERG:**  Pleasure, Your Honor.

20         **THE CLERK:**  All rise.  This Honorable Court now

21    stands in recess.

22         (Proceedings adjourned.)

23

24

25

```
 1              CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5         I, Martin J. Giordano, Registered Merit Reporter and

 6   Certified Realtime Reporter, in and for the United States

 7   District Court for the District of Maryland, do hereby

 8   certify, pursuant to 28 U.S.C. § 753, that the foregoing is a

 9   true and correct transcript of the stenographically-reported

10   proceedings held in the above-entitled matter and that the

11   transcript page format is in conformance with the regulations

12   of the Judicial Conference of the United States.

13

14                       Dated this 24th day of October 2016.

15

16                       Martin J. Giordano

17                       MARTIN J. GIORDANO, RMR, CRR

18                       FEDERAL OFFICIAL COURT REPORTER

19

20

21

22

23

24

25
```

**'**

'Cousin' [1] - 23:7

**1**

101 [1] - 1:24
1591 [1] - 36:9
18 [6] - 3:16, 31:23, 32:3, 32:5, 33:4, 33:10
1924 [1] - 32:5
1988 [1] - 5:23
1996 [2] - 4:11, 33:3
1998 [4] - 16:19, 17:1, 17:4, 33:4

**2**

20 [10] - 5:12, 6:4, 6:21, 13:9, 13:11, 33:3, 33:4, 33:10, 34:21, 37:11
2000 [1] - 24:17
2004 [1] - 24:15
2016 [3] - 1:8, 2:1, 39:14
21 [2] - 1:8, 2:1
21201 [1] - 1:24
21st [1] - 11:6
24/7 [1] - 30:18
24th [1] - 39:14
28 [1] - 39:8
2:35 [1] - 1:8

**3**

30 [1] - 11:17
3140 [1] - 3:17
3142 [2] - 8:2, 31:24
3142(f)(2)(B [1] - 3:17
3142(g [1] - 3:21
3142(g)(4 [2] - 37:17, 38:1
3:41 [1] - 1:8

**4**

410-962-4504 [1] - 1:25

**5**

50 [4] - 4:4, 17:12, 34:13, 36:18

**6**

641 [1] - 32:3

**7**

753 [1] - 39:8

**A**

ability [2] - 6:21, 21:15
able [4] - 19:20, 25:11, 28:25, 29:17
ABOVE [1] - 1:9
above-entitled [1] - 39:10
ABOVE-ENTITLED [1] - 1:9
absolutely [2] - 12:2, 20:9
abuse [1] - 37:8
academic [1] - 6:19
access [7] - 6:17, 10:22, 21:16, 30:25, 31:7, 33:10, 38:6
accomplish [1] - 16:18
accordance [1] - 32:13
according [3] - 33:13, 35:8, 35:15
account [2] - 30:8, 30:13
accounts [1] - 6:16
Act [16] - 10:5, 11:15, 14:12, 15:1, 15:12, 17:3, 21:20, 22:6, 24:4, 27:12, 27:13, 31:23, 31:25, 32:6, 32:13, 36:7
actors [2] - 10:25, 11:5
additional [2] - 19:10, 28:23
address [7] - 8:13, 9:16, 11:21, 14:16, 24:24, 37:7
addressing [1] - 10:4
adjourned [1] - 38:22
admit [2] - 5:8, 12:3
admits [1] - 35:4
admitted [1] - 15:14
adult [1] - 24:14
advance [1] - 24:9
advise [1] - 22:20
afternoon [9] - 2:5, 2:7, 2:8, 2:13, 2:21, 2:22, 3:2, 3:2, 3:3, 3:4
afternoon's [1] - 2:20
afterthought [1] - 24:11
age [1] - 29:7
Agency [1] - 16:15
Agent [4] - 1:19, 2:19, 16:10, 16:20
agents [3] - 18:6, 26:20, 28:20
agree [2] - 34:9, 35:18
agreed [1] - 26:12
agreements [2] - 5:13, 28:13
alcohol [2] - 35:3, 37:7
Aldrich [2] - 13:2, 14:9
allegations [1] - 15:7
alone [2] - 36:14, 37:16
alot [1] - 23:10
amends [1] - 19:8
AMERICA [1] - 1:3
America [3] - 2:16, 14:10, 23:19
Americans/Partners' [1] - 23:10
Ames [2] - 13:2, 14:9
amount [2] - 4:19, 11:16

amounts [1] - 28:9
animus [1] - 16:3
ankle [1] - 29:23
anonymization [2] - 6:11, 20:16
answer [1] - 27:13
appeal [1] - 6:2
appear [2] - 3:19, 12:18
appearance [5] - 9:23, 10:10, 11:21, 12:11, 12:12
applicable [1] - 31:24
approach [1] - 20:3
appropriate [1] - 34:2
approved [1] - 10:1
AR [1] - 35:11
AR-type [1] - 35:11
area [1] - 13:20
argue [1] - 29:20
argued [3] - 33:15, 33:25
arguing [5] - 7:24, 8:4, 21:11, 27:10, 32:9
argument [3] - 8:14, 9:14, 36:15
arguments [2] - 8:7, 32:18
arms [1] - 17:15
arrest [2] - 7:8, 11:10
arrested [1] - 4:11
arrived [1] - 14:1
art [1] - 28:6
assault [1] - 35:11
assault-type [1] - 35:11
assist [1] - 19:3
assistance [1] - 28:10
Assistant [6] - 1:13, 1:14, 1:17, 2:14, 2:17, 2:24
assuming [3] - 7:24, 26:4, 30:16
astounding [2] - 4:18, 29:9
attempt [1] - 18:22
attempting [1] - 34:19
attention [1] - 23:3
Attorney [6] - 1:13, 1:14, 1:14, 2:14, 2:18
Attorney's [1] - 20:22
attributes [1] - 22:24
authorized [1] - 10:6
available [2] - 30:17, 31:3
aware [3] - 7:8, 20:21, 28:5

**B**

backyard [1] - 17:21
bad [4] - 10:25, 11:5, 17:1, 22:7
baffled [1] - 12:3
Bail [15] - 10:5, 14:12, 15:1, 15:12, 17:3, 21:19, 22:6, 24:3, 27:12, 27:13, 31:23, 31:24, 32:6, 32:13, 36:7
Baltimore [2] - 1:7, 1:24
bar [1] - 10:15
Barnes [1] - 25:10
barrel [1] - 23:13
based [8] - 6:13, 9:7, 28:8, 32:10, 32:11,

37:6, 37:13
**basic** [1] - 21:1
**basis** [14] - 8:12, 8:18, 8:23, 9:3, 9:11, 12:16, 16:9, 21:23, 25:18, 26:1, 32:7, 32:10, 37:15
**became** [2] - 17:8, 17:9
**BEFORE** [1] - 1:10
**began** [1] - 17:6
**beginning** [2] - 12:7, 21:22
**behalf** [4] - 1:12, 1:15, 2:15, 23:2
**behavior** [3] - 4:10, 17:18, 17:24
**behind** [4] - 30:7, 30:10, 31:2, 31:3
**belied** [1] - 7:3
**believes** [4] - 13:5, 13:6, 13:8, 14:10, 29:15
**belong** [1] - 34:14
**bench** [2] - 20:3, 20:5
**beneath** [1] - 25:21
**best** [3] - 7:1, 13:11, 23:14
**betray** [2] - 7:4, 17:5
**betrayal** [1] - 7:1
**better** [6] - 12:24, 16:23, 17:7, 22:18, 25:24, 34:21
**between** [1] - 5:2
**binge** [1] - 35:3
**bit** [5] - 12:3, 13:22, 14:16, 21:13, 25:25
**bizarreness** [1] - 16:8
**Boardman** [5] - 1:17, 2:25, 25:6, 30:3, 31:5
**bookshelf** [3] - 30:7, 30:11, 31:2
**bookstore** [1] - 25:11
**BPG-16-2254** [2] - 1:5, 2:17
**branch** [1] - 27:5
**breathtaking** [1] - 4:2
**briefing** [1] - 20:18
**briefly** [1] - 30:4
**bring** [5] - 15:6, 15:8, 16:18, 23:1, 31:9
**brother** [1] - 13:16
**brought** [2] - 14:23, 15:9
**business** [2] - 17:20, 34:22

## C

**CAME** [1] - 1:9
**candid** [1] - 18:18
**candidate** [1] - 35:23
**capable** [2] - 35:23, 35:24
**capacity** [1] - 4:24
**car** [3] - 4:21, 5:2
**card** [1] - 27:5
**care** [4] - 13:19, 26:20, 26:21, 31:11
**career** [3] - 5:23, 6:8, 7:14
**carefully** [1] - 32:17
**carries** [2] - 14:22, 14:23
**carry** [1] - 11:16
**case** [10] - 3:11, 5:24, 7:18, 10:15, 14:20, 24:7, 27:23, 31:23, 32:23, 36:13
**cases** [4] - 10:13, 10:15, 10:19, 26:21

**caused** [1] - 9:20
**caveats** [1] - 4:7
**center** [1] - 7:10
**century** [1] - 11:6
**certain** [2] - 21:2, 36:6
**certainly** [9] - 33:12, 34:18, 35:20, 35:22, 35:24, 36:16, 36:20, 37:9, 38:7
**CERTIFICATE** [1] - 39:1
**Certified** [1] - 39:6
**certify** [1] - 39:8
**character** [1] - 7:2
**characteristics** [2] - 5:20, 36:22
**characterize** [1] - 30:12
**charged** [7] - 6:2, 14:21, 15:6, 31:25, 32:1, 32:2, 36:8
**charges** [9] - 9:10, 11:11, 11:15, 14:1, 14:20, 15:7, 19:11, 32:10, 32:11
**charging** [1] - 22:3
**chat** [1] - 23:6
**child** [1] - 13:19
**chooses** [1] - 28:7
**chose** [1] - 4:15
**church** [3] - 13:15, 30:23
**church-going** [1] - 30:23
**circumstances** [5] - 3:24, 31:17, 36:8, 36:12, 36:14
**cited** [1] - 10:13
**claims** [1] - 7:2
**clarification** [1] - 8:9
**Classified** [1] - 5:7
**classified** [23] - 4:1, 4:3, 4:5, 4:6, 4:19, 4:25, 5:4, 5:5, 5:10, 5:16, 6:24, 10:21, 10:22, 17:21, 28:21, 30:6, 32:4, 33:11, 34:14, 36:19, 36:20, 37:2, 38:4
**clean** [1] - 18:21
**cleaned** [1] - 22:9
**clear** [8] - 5:14, 9:9, 15:10, 33:1, 36:5, 37:20, 38:3, 38:12
**clearance** [1] - 7:14
**clearances** [2] - 5:22, 34:2
**cleared** [1] - 25:5
**clearly** [2] - 4:14, 10:14
**CLERK** [2] - 2:2, 38:20
**clients** [1] - 26:21
**close** [1] - 10:20
**closely** [1] - 9:25
**clothing** [1] - 26:15
**Cloud** [1] - 6:16
**co** [1] - 34:18
**co-workers** [1] - 34:18
**Code** [1] - 3:17
**coffee** [1] - 23:9
**colleagues** [2] - 22:22, 34:10
**collected** [1] - 16:5
**collecting** [1] - 21:25
**collection** [6] - 16:6, 21:25, 22:8, 22:11, 23:10
**collegial** [1] - 23:8
**combination** [1] - 9:21

**combined** [1] - 11:11
**comments** [3] - 9:15, 12:9, 36:5
**commission** [1] - 6:20
**committed** [1] - 16:13
**committing** [2] - 4:10, 7:1
**communicate** [1] - 21:16
**communication** [1] - 24:1
**communications** [1] - 28:11
**community** [9] - 7:9, 7:11, 10:18, 12:16, 24:19, 27:20, 37:10, 37:18, 38:2
**companies** [1] - 12:25
**compelled** [2] - 12:25, 36:6
**Complaint** [2] - 11:9, 32:1
**complete** [1] - 30:25
**completely** [3] - 22:7, 36:25, 38:5
**complicated** [2] - 17:9, 21:5
**component** [1] - 17:11
**compromise** [2] - 6:23, 7:4
**compulsion** [2] - 17:9, 22:10
**compulsive** [2] - 17:24, 33:6
**computer** [4] - 1:21, 6:24, 29:6
**computers** [1] - 31:7
**concealment** [1] - 6:20
**concede** [1] - 18:17
**concern** [6] - 14:25, 16:9, 18:14, 21:14, 26:18, 35:21
**concerns** [2] - 12:5, 13:23, 14:1, 31:10
**condition** [1] - 9:20
**conditions** [10] - 8:10, 9:4, 9:7, 9:21, 10:3, 27:15, 31:6, 31:19, 37:20, 38:12
**conduct** [5] - 17:19, 32:11, 32:24, 33:2, 33:5
**conducting** [2] - 12:15, 33:10
**Conference** [1] - 39:12
**confessed** [2] - 15:14, 15:19
**conformance** [1] - 39:11
**confronted** [2] - 5:4, 5:9
**congratulating** [1] - 23:18
**connected** [1] - 24:18
**consecutively** [1] - 11:15
**consent** [1] - 29:22
**consider** [9] - 7:18, 8:24, 9:13, 10:14, 13:23, 25:16, 37:16, 37:19, 38:11
**considered** [1] - 3:21
**considers** [1] - 8:5
**constantly** [1] - 17:14
**contain** [1] - 18:3
**contained** [4] - 4:23, 5:3, 17:20, 34:25
**containing** [2] - 4:24, 28:24
**contempt** [1] - 10:8
**context** [9] - 9:9, 12:10, 24:4, 24:22, 27:5, 27:6, 28:6, 28:12, 34:24
**contingent** [1] - 9:17
**continued** [1] - 9:18
**contracting** [1] - 5:24
**contractor** [2] - 32:5, 34:21
**control** [3] - 18:10, 19:4, 34:12
**controlled** [1] - 36:11
**controls** [1] - 19:20

**convince** [1] - 12:17
**convincing** [2] - 37:20, 38:12
**cooperate** [1] - 15:15
**cooperation** [3] - 28:6, 28:8
**COPPERTHITE** [1] - 1:10
**Copperthite** [1] - 2:4
**copy** [1] - 4:23
**correct** [5] - 8:1, 8:3, 9:12, 38:5, 39:9
**correctly** [1] - 33:25
**counsel** [12] - 2:24, 2:25, 5:21, 8:14, 9:24, 9:25, 14:4, 19:7, 20:2, 26:19, 28:3, 29:19
**counsels** [2] - 3:23, 4:17
**counter** [1] - 6:12
**counter-forensics** [1] - 6:12
**countries** [1] - 13:1
**country** [21] - 6:3, 6:23, 7:3, 13:3, 13:6, 13:11, 14:9, 14:14, 14:15, 15:24, 16:4, 17:5, 22:4, 24:3, 24:5, 24:13, 24:14, 25:1, 25:23, 29:21, 33:13
**country's** [1] - 37:4
**couple** [2] - 18:11, 24:22
**coupled** [1] - 10:23
**course** [4] - 4:10, 5:12, 9:25, 31:6
**coursework** [1] - 13:13
**Court** [32] - 2:3, 3:20, 3:25, 5:21, 6:22, 7:17, 8:5, 8:12, 8:24, 10:3, 10:8, 10:13, 11:20, 11:21, 12:4, 12:5, 14:25, 16:8, 18:14, 21:14, 22:2, 22:14, 28:2, 29:7, 31:10, 32:12, 33:2, 33:16, 36:2, 37:16, 38:20, 39:7
**court** [1] - 24:20
**COURT** [30] - 1:1, 1:23, 2:5, 2:9, 2:12, 2:21, 3:3, 3:9, 3:14, 7:24, 8:2, 8:7, 8:11, 8:20, 8:23, 9:6, 9:15, 11:25, 12:2, 12:9, 20:9, 20:13, 21:1, 27:25, 30:3, 30:9, 31:21, 38:16, 39:18
**Court's** [4] - 3:21, 10:7, 20:12, 20:22
**Courthouse** [1] - 1:23
**courtroom** [2] - 16:11, 16:21
**courts** [1] - 27:3
**cousins** [1] - 23:21
**covered** [1] - 28:14
**craziness** [1] - 18:6
**creating** [1] - 19:5
**credible** [3] - 27:17, 27:18, 27:21
**credit** [4] - 28:19, 29:3, 37:10, 38:6
**crime** [4] - 6:25, 14:22, 36:9, 36:10
**crimes** [3] - 6:4, 7:1, 7:13
**Criminal** [3] - 1:5, 2:16, 11:9
**criminal** [2] - 19:7, 28:5
**CRR** [2] - 1:22, 39:17
**crystal** [1] - 5:14
**custody** [1] - 30:19
**cut** [1] - 13:25

**D**

**D.R** [1] - 1:14

**damage** [3] - 5:17, 10:10, 23:16
**danger** [9] - 7:16, 7:19, 9:11, 9:19, 12:12, 32:7, 36:15, 37:17, 38:1
**dangerousness** [5] - 8:4, 8:18, 21:11, 24:10, 27:11
**data** [1] - 28:25
**Dated** [1] - 39:14
**David** [1] - 2:4
**DAVID** [1] - 1:10
**days** [1] - 19:3
**deaf** [1] - 6:3
**deal** [1] - 21:9
**Deb** [6] - 13:14, 13:17, 18:3, 30:19, 30:22
**debate** [1] - 25:20
**Deborah** [2] - 1:17, 2:25
**decades** [2] - 4:18, 10:21
**deceit** [1] - 7:1
**decision** [3] - 14:13, 31:22, 37:24
**decisions** [1] - 7:3
**deep** [1] - 14:6
**defeat** [1] - 19:20
**Defendant** [34] - 1:6, 1:15, 3:10, 3:11, 3:16, 3:18, 3:23, 4:12, 5:15, 6:16, 9:18, 10:11, 10:13, 10:16, 11:3, 11:10, 11:13, 11:20, 11:22, 19:20, 28:12, 28:15, 28:22, 29:1, 32:1, 32:2, 32:24, 33:2, 34:4, 34:9, 37:14, 37:15, 37:22, 38:3
**DEFENDANT** [1] - 3:2
**Defendant's** [3] - 9:22, 9:23, 10:22
**defendants** [1] - 10:17
**Defender** [3] - 1:16, 1:17, 2:24
**Defender's** [1] - 2:23
**Defense** [3] - 28:3, 29:19, 38:17
**defense** [1] - 18:22
**deference** [1] - 28:13
**degree** [2] - 13:12, 28:19
**degrees** [2] - 13:12, 20:19
**demonstrated** [1] - 10:23
**demonstration** [1] - 7:2
**denied** [1] - 5:5
**described** [1] - 33:5
**desirable** [1] - 24:8
**desire** [1] - 24:12
**desperately** [2] - 16:16
**despite** [1] - 13:9
**details** [1] - 28:11
**detain** [5] - 8:18, 21:23, 25:12, 25:18, 37:15
**detained** [1] - 37:23
**detention** [17] - 2:20, 3:16, 4:17, 5:21, 7:21, 8:11, 8:12, 9:3, 9:10, 9:18, 25:12, 26:1, 26:12, 32:7, 32:9, 36:3, 36:16
**DETENTION** [1] - 1:10
**determination** [4] - 3:22, 28:8, 32:15, 36:6
**determines** [1] - 36:3

**determining** [2] - 7:19, 26:24
**devices** [4] - 6:15, 29:11, 29:14, 31:7
**devoted** [3] - 14:15, 23:20, 24:16
**difference** [2] - 16:17, 34:3
**different** [3] - 15:18, 35:17, 36:25
**difficult** [1] - 10:2
**digital** [4] - 4:4, 6:14, 6:18, 10:17
**direct** [1] - 12:15
**directly** [2] - 5:9, 26:9
**disclosure** [1] - 21:10
**discussed** [1] - 26:11
**discussing** [1] - 28:22
**discussion** [1] - 20:5
**discussions** [2] - 28:14, 28:18
**disgruntled** [1] - 22:25
**dishonorable** [1] - 6:4
**disk** [1] - 30:7
**disks** [1] - 28:24
**disorder** [1] - 33:6
**disparage** [1] - 13:10
**disrespectful** [1] - 25:19
**disseminate** [1] - 6:17
**dissemination** [4] - 6:23, 33:12, 33:16, 38:8
**distinguished** [1] - 10:15
**distinguishes** [1] - 14:8
**district** [2] - 7:12, 7:15
**DISTRICT** [2] - 1:1, 1:1
**District** [6] - 2:2, 2:3, 7:5, 31:14, 39:7
**DIVISION** [1] - 1:2
**Division** [1] - 2:19
**Docket** [1] - 1:5
**documents** [31] - 4:23, 5:3, 14:22, 15:10, 15:14, 15:19, 15:25, 16:17, 17:1, 17:4, 17:20, 17:22, 17:25, 22:3, 30:6, 32:4, 33:9, 33:11, 33:17, 33:20, 33:21, 33:22, 33:23, 34:3, 34:12, 34:14, 34:20, 36:18, 36:19
**done** [6] - 10:10, 13:13, 17:5, 19:9, 23:18, 28:9
**door** [1] - 34:20
**down** [1] - 29:23
**draft** [1] - 22:15
**draw** [2] - 19:6, 23:3
**drinking** [1] - 35:3
**drive** [1] - 4:24
**driven** [1] - 16:22
**drives** [1] - 28:24
**driveway** [1] - 4:21
**driving** [1] - 22:11
**due** [2] - 12:23, 27:17
**dust** [1] - 17:22
**duty** [2] - 5:15, 13:5

**E**

**e-mail** [1] - 22:15
**earned** [1] - 23:9
**ears** [1] - 6:3

**easy** [1] - 12:19
**educated** [1] - 35:22
**education** [1] - 21:6
**educational** [1] - 24:19
**Edward** [3] - 12:22, 14:8, 24:9
**effort** [5] - 13:10, 16:23, 17:6, 19:3, 26:22
**egregious** [1] - 36:13
**eight** [1] - 13:8
**eighty** [1] - 24:9
**Eisenberg** [4] - 1:14, 2:18, 16:10, 16:20
**EISENBERG** [3] - 2:7, 20:2, 38:19
**either** [2] - 26:9, 33:4
**electronic** [1] - 31:7
**electronics** [1] - 15:25
**element** [1] - 6:2
**elements** [1] - 9:13
**elephant** [1] - 16:7
**eleven** [1] - 11:12
**embrace** [1] - 27:12
**embraced** [1] - 27:21
**embracing** [1] - 19:7
**emotional** [1] - 26:6
**employed** [2] - 6:6, 34:2
**employee** [2] - 22:25, 32:4
**employment** [3] - 6:7, 7:6, 7:13
**enabled** [2] - 7:12, 29:11
**encountered** [2] - 5:1, 5:8
**encounters** [1] - 14:7
**encourage** [1] - 12:4
**encryption** [3] - 6:11, 20:16, 20:23
**encyclopedia** [1] - 38:4
**end** [3] - 12:7, 23:13, 23:17
**ending** [1] - 29:24
**ends** [1] - 29:21
**enemies** [1] - 37:4
**enforcement** [2] - 4:13, 18:21
**engaged** [5] - 11:14, 14:3, 14:5, 15:15, 33:2
**England** [1] - 13:19
**ensure** [1] - 37:21
**enter** [1] - 16:21
**entire** [4] - 6:8, 24:7, 26:9, 27:19
**entities** [2] - 19:22, 24:8
**ENTITLED** [1] - 1:9
**entitled** [2] - 7:18, 39:10
**entrusted** [1] - 33:9
**environment** [1] - 11:6
**envision** [1] - 21:13
**episodes** [1] - 35:3
**Espionage** [1] - 11:15
**evaluating** [1] - 30:13
**evening** [1] - 19:2
**everyday** [1] - 21:3
**everywhere** [1] - 17:22
**evidence** [22] - 4:16, 6:18, 10:16, 11:13, 11:19, 15:4, 15:23, 17:3, 19:15, 22:11, 25:17, 25:25, 28:21, 32:19, 33:15, 33:17, 33:19, 36:17, 36:21, 37:14,
37:20, 38:12
**evident** [1] - 36:25
**examination** [2] - 6:13, 12:15
**example** [1] - 28:17
**excellent** [1] - 16:13
**except** [1] - 31:8
**excerpt** [2] - 22:15, 34:7
**excess** [1] - 31:15
**exchange** [1] - 20:23
**excuse** [6] - 3:17, 6:5, 6:10, 9:17, 9:22, 20:2
**execution** [1] - 4:22
**executive** [1] - 27:5
**expensive** [1] - 31:12
**experience** [1] - 6:10
**experienced** [2] - 28:4, 28:20
**expertise** [2] - 10:18, 22:19
**explain** [1] - 31:22
**explanation** [1] - 17:11
**explore** [1] - 37:4
**expresses** [1] - 22:17
**extensive** [3] - 5:14, 6:9, 11:6
**external** [2] - 4:24, 28:24
**extreme** [1] - 5:17
**extremely** [3] - 3:25, 6:4, 21:4

**F**

**faced** [1] - 33:20
**faces** [1] - 11:11
**facilitate** [1] - 6:21
**facilitated** [1] - 6:20
**facility** [6] - 20:22, 25:12, 26:12, 26:23, 34:6, 34:23
**fact** [15] - 5:10, 6:14, 8:5, 10:5, 17:1, 17:2, 24:11, 25:16, 29:18, 32:13, 33:8, 37:1, 37:8
**factor** [1] - 5:24
**factors** [7] - 3:20, 8:13, 8:24, 9:16, 32:25, 36:6, 37:25
**factual** [1] - 21:21
**failed** [1] - 35:5
**fall** [1] - 6:3
**family** [9] - 7:9, 13:14, 13:15, 18:1, 24:13, 24:20, 26:9, 37:10, 37:12
**far** [2] - 6:14, 11:13
**fashion** [1] - 10:3
**fashioned** [2] - 13:5
**favorable** [1] - 17:2
**FBI** [3] - 1:19, 2:20, 36:18
**FEDERAL** [2] - 1:23, 39:18
**Federal** [4] - 1:16, 1:17, 2:23, 2:24
**federal** [2] - 28:5, 36:10
**felonies** [1] - 4:10
**felt** [1] - 24:11
**few** [2] - 19:3, 32:25
**field** [2] - 6:7, 35:24
**filed** [2] - 3:11, 11:9
**filing** [1] - 24:9
**filings** [1] - 27:2
**finally** [2] - 26:2, 28:20
**financial** [1] - 31:12
**firearm** [1] - 35:6
**firearms** [3] - 35:9, 35:10, 35:16
**First** [1] - 2:24
**first** [3] - 12:22, 18:16, 31:22
**flag** [1] - 23:18
**flee** [6] - 6:22, 11:18, 15:13, 24:5, 25:1, 27:22
**flight** [34] - 7:20, 8:6, 8:21, 9:14, 9:16, 10:11, 12:7, 14:14, 15:2, 16:9, 21:12, 21:18, 22:6, 24:7, 24:10, 24:22, 26:4, 26:25, 27:3, 27:11, 27:16, 27:23, 29:16, 31:14, 31:18, 32:10, 32:16, 34:24, 36:2, 36:4, 37:5, 37:13, 37:15, 37:25
**flippant** [1] - 22:21
**Floor** [1] - 1:23
**floor** [1] - 35:7
**Florida** [1] - 13:17
**fluent** [1] - 25:25
**folks** [3] - 18:20, 22:16, 26:20
**follow** [1] - 32:9
**Foods** [1] - 25:10
**FOR** [2] - 1:1, 1:9
**foregoing** [1] - 39:8
**foreign** [7] - 10:25, 11:5, 13:1, 23:12, 24:8, 29:22, 38:8
**forensic** [2] - 6:13, 6:18
**forensics** [1] - 6:12
**forgot** [1] - 31:2
**format** [1] - 39:11
**forth** [1] - 9:7
**forthcoming** [1] - 28:16
**four** [1] - 13:7
**Fourth** [1] - 1:23
**France** [1] - 24:15
**frankly** [7] - 14:24, 17:2, 17:10, 17:13, 21:10, 23:1, 30:12
**friend** [1] - 13:16
**friends** [1] - 24:20
**front** [1] - 13:14
**frustration** [1] - 22:17
**full** [1] - 21:10
**fully** [4] - 14:3, 28:16, 35:8
**funding** [1] - 31:14
**funds** [1] - 31:15
**furthermore** [1] - 6:1

**G**

**g)** [1] - 9:7
**g)(4** [3] - 7:25, 29:16, 38:10
**gained** [1] - 6:9
**gap** [1] - 33:24
**gathering** [3] - 17:14, 17:25, 22:4
**general** [1] - 16:15
**gentleman** [1] - 27:19

**George** [1] - 13:12
**GIORDANO** [2] - 1:22, 39:17
**Giordano** [1] - 39:5
**given** [5] - 6:4, 9:18, 11:6, 11:12, 30:25
**glad** [1] - 38:7
**governed** [1] - 31:23
**government** [9] - 5:23, 6:19, 7:10, 12:25, 29:17, 32:2, 32:4, 34:15
**Government** [56] - 1:12, 2:15, 3:10, 3:15, 7:8, 8:11, 9:2, 15:5, 15:16, 15:18, 15:20, 15:22, 16:25, 18:6, 18:12, 18:14, 18:16, 19:1, 19:2, 19:3, 19:17, 20:14, 21:8, 22:2, 22:16, 22:24, 24:21, 25:19, 26:2, 26:5, 26:11, 26:19, 27:1, 27:7, 27:10, 28:7, 28:15, 29:15, 30:24, 31:11, 31:25, 32:7, 32:8, 32:14, 33:13, 33:14, 34:8, 35:5, 35:16, 35:25, 36:3, 36:5, 37:24, 38:3, 38:15
**government's** [1] - 11:7
**Government's** [13] - 5:12, 12:7, 13:9, 14:20, 19:10, 22:14, 23:15, 24:1, 24:7, 27:17, 30:14, 32:20, 35:8
**grade** [1] - 30:11
**graduate** [2] - 13:12, 20:19
**grateful** [1] - 23:23
**grave** [1] - 34:23
**great** [5] - 21:8, 35:1, 35:2, 35:4, 35:5
**greed** [1] - 13:3
**grievous** [1] - 33:12
**grip** [1] - 17:9
**guarantee** [2] - 29:4, 29:10
**guess** [5] - 8:16, 12:4, 18:11, 29:1, 30:4
**guidelines** [1] - 11:16
**gun** [1] - 23:13
**guy** [2] - 26:22, 34:17
**guys/gals** [1] - 23:11

## H

**Hal** [26] - 3:1, 12:20, 13:4, 13:14, 13:22, 14:1, 14:8, 14:9, 14:21, 15:4, 15:5, 15:13, 16:2, 16:3, 16:12, 16:16, 18:1, 23:14, 23:15, 23:16, 23:17, 23:20, 24:2, 25:12, 26:6, 26:7
**Hal's** [7] - 13:23, 14:14, 14:19, 16:22, 18:7, 18:9, 26:5
**half** [1] - 25:8
**handgun** [1] - 35:7
**handle** [1] - 5:16
**handling** [1] - 4:7
**hands** [3] - 5:7, 29:17, 29:21
**Hanssen** [1] - 13:2
**haphazardly** [1] - 4:19
**happily** [1] - 31:11
**hard** [5] - 4:23, 4:24, 13:8, 21:13, 28:24
**hard-copy** [1] - 4:23
**harm** [11] - 9:20, 10:18, 13:3, 21:17, 21:24, 22:4, 22:8, 24:3, 29:21, 33:13, 34:23

**HAROLD** [1] - 1:6
**Harold** [1] - 2:16
**Harvey** [2] - 1:14, 2:18
**head** [1] - 29:19
**health** [4] - 17:10, 35:19, 35:21, 37:9
**hear** [8] - 3:14, 8:7, 8:13, 8:14, 9:8, 9:15, 12:14, 12:16
**heard** [5] - 12:8, 18:18, 21:15, 25:15, 25:20
**HEARING** [1] - 1:10
**hearing** [4] - 2:20, 9:2, 9:3, 22:17
**held** [3] - 5:22, 11:22, 39:10
**help** [5] - 15:16, 15:17, 34:11, 34:19
**helped** [1] - 18:3
**helps** [1] - 15:20
**hence** [1] - 12:25
**hereby** [1] - 39:7
**herself** [1] - 30:22
**hiding** [2] - 30:9, 30:10
**high** [2] - 10:24, 11:17
**high-value** [1] - 10:24
**highly** [14] - 4:2, 4:5, 4:6, 4:19, 4:25, 5:3, 6:23, 10:22, 26:19, 28:21, 30:24, 33:11, 35:22, 36:19
**highly-classified** [3] - 4:19, 4:25, 10:22
**highly-educated** [1] - 35:22
**himself** [5] - 13:1, 23:17, 25:24, 34:10, 37:1
**historically** [1] - 27:6
**history** [7] - 5:20, 6:25, 14:19, 18:1, 18:7, 32:24, 36:22
**hoarder** [1] - 17:24
**hoarding** [3] - 18:8, 33:6, 33:11
**holding** [2] - 3:23, 5:2
**home** [11] - 4:3, 5:2, 5:7, 16:18, 18:5, 21:15, 24:6, 24:17, 28:20, 29:2, 31:10
**honor** [1] - 13:6
**Honor** [68] - 2:7, 2:8, 2:13, 2:14, 2:22, 3:2, 3:7, 3:8, 3:13, 3:15, 7:22, 8:1, 8:3, 8:8, 8:17, 9:2, 9:12, 9:17, 12:1, 12:19, 12:21, 14:21, 15:24, 16:25, 17:13, 18:11, 19:5, 19:11, 19:12, 19:23, 20:3, 20:7, 20:11, 20:21, 20:25, 21:8, 21:19, 21:21, 22:13, 23:3, 23:15, 24:21, 25:3, 25:14, 26:2, 26:11, 26:23, 27:8, 27:14, 27:17, 27:24, 28:2, 30:1, 30:2, 30:6, 30:8, 30:11, 30:15, 30:17, 30:21, 31:4, 31:5, 31:12, 31:17, 31:18, 38:15, 38:17, 38:19
**Honor's** [1] - 7:23
**HONORABLE** [1] - 1:10
**Honorable** [2] - 2:4, 38:20
**hope** [4] - 15:10, 19:12, 30:13, 31:18
**hoping** [1] - 19:5
**hours** [2] - 28:19
**house** [7] - 4:20, 7:15, 18:4, 22:1, 22:9, 31:8
**huge** [1] - 4:23
**hungry** [1] - 14:3

## I

**ideas** [3] - 12:23, 22:18
**ignores** [1] - 24:11
**Ill** [2] - 1:6, 2:16
**illegal** [2] - 33:2, 35:13
**immediate** [1] - 10:12
**immediately** [2] - 18:18, 18:21
**immense** [1] - 29:20
**impeccable** [1] - 30:22
**important** [3] - 14:12, 14:13, 27:4
**impossible** [2] - 10:2, 29:9
**impoverished** [1] - 31:16
**impressive** [1] - 23:9
**imprisonment** [1] - 11:17
**IN** [1] - 1:1
**incentive** [1] - 11:18
**including** [6] - 5:3, 6:5, 6:10, 6:11, 6:24, 36:8
**incomparable** [1] - 11:5
**indicate** [2] - 16:2, 16:3
**indicted** [1] - 32:14
**indirectly** [1] - 26:10
**individual** [5] - 11:14, 15:13, 16:5, 19:6, 28:9
**individually** [1] - 32:25
**inference** [1] - 19:5
**informaton** [32] - 5:5, 5:6, 5:16, 6:10, 6:15, 6:18, 6:24, 10:17, 10:21, 10:23, 15:5, 17:12, 17:14, 17:15, 17:16, 19:21, 19:25, 20:19, 20:20, 20:23, 28:17, 29:9, 32:22, 33:16, 34:25, 36:1, 36:18, 37:2, 37:3, 38:4, 38:6, 38:8
**informed** [1] - 29:3
**initial** [3] - 18:16, 27:10, 28:12
**insider** [1] - 19:19
**inspired** [1] - 23:22
**institutions** [1] - 24:19
**intelligence** [3] - 7:11, 10:25, 11:5
**intend** [1] - 15:8
**intended** [2] - 15:5, 15:23
**intention** [6] - 21:24, 22:3, 22:12, 24:2, 24:4, 24:5
**interactions** [1] - 30:25
**interest** [2] - 10:23, 24:12
**Internet** [1] - 29:11
**Internet-enabled** [1] - 29:11
**intervention** [1] - 4:13
**interview** [2] - 18:17, 28:13
**introduce** [1] - 23:7
**investigation** [3] - 11:10, 28:10, 32:19
**involve** [1] - 10:16
**involves** [3] - 3:25, 10:19, 36:10
**irreplaceable** [1] - 4:1
**irrevocable** [1] - 10:12
**issue** [8] - 8:15, 8:20, 32:16, 32:23, 37:5, 37:9, 37:13, 37:24
**issues** [4] - 20:22, 35:19, 35:21, 37:7

**itself** [3] - 4:23, 5:3, 11:8

## J

**James** [1] - 1:16
**Jim** [1] - 2:23
**job** [4] - 17:7, 17:8, 21:5
**jobs** [1] - 23:11
**Judicial** [1] - 39:12
**jurisdiction** [1] - 6:22
**justice** [2] - 6:22, 19:7

## K

**keep** [2] - 4:14, 9:15
**Kendler** [2] - 1:14, 2:18
**kidnapped** [1] - 25:1
**kind** [3] - 13:4, 33:9, 34:17
**kinds** [1] - 34:12
**knowledge** [7] - 6:9, 6:11, 6:17, 10:22, 11:7, 20:15, 29:14
**knows** [8] - 3:20, 3:25, 11:13, 12:24, 28:3, 29:7, 30:17, 34:20

## L

**lack** [1] - 10:23
**language** [1] - 23:13
**laptop** [1] - 31:8
**large** [2] - 4:24, 17:20
**large-capacity** [1] - 4:24
**last** [1] - 23:4
**lasted** [1] - 18:23
**Laura** [2] - 1:19, 2:19
**law** [5] - 4:13, 5:18, 18:21, 27:13, 32:8
**lawns** [1] - 13:25
**laws** [1] - 27:8
**learn** [3] - 14:3, 16:23, 23:12
**learned** [1] - 28:23
**learner** [1] - 16:13
**learning** [1] - 25:24
**least** [5] - 18:3, 18:22, 19:13, 35:9, 35:24
**leave** [4] - 13:20, 16:11, 31:9, 33:24
**leaves** [1] - 13:25
**leaving** [1] - 6:18
**left** [4] - 5:7, 24:18, 28:20, 33:8
**legal** [1] - 5:15
**legitimate** [1] - 6:7
**letter** [3] - 23:2, 23:16, 23:17
**lied** [1] - 5:4
**life** [6] - 13:23, 14:6, 14:16, 18:20, 24:15, 27:19
**lifetime** [1] - 11:17
**light** [1] - 7:23
**limit** [1] - 31:7
**limited** [3] - 9:16, 32:15, 32:16

**limiting** [1] - 27:11
**line** [2] - 23:4, 23:5
**listened** [1] - 32:17
**listening** [1] - 22:22
**lived** [5] - 7:7, 18:2, 24:17, 27:19
**lives** [2] - 7:9, 24:13
**loaded** [1] - 35:8
**loans** [1] - 13:25
**located** [2] - 4:8, 33:17
**location** [1] - 29:10
**lockdown** [1] - 30:18
**Lombard** [1] - 1:24
**long-term** [1] - 33:5
**long-time** [1] - 7:11
**look** [7] - 25:6, 25:7, 31:2, 34:18, 36:6, 36:7
**looked** [3] - 17:23, 25:8, 25:9
**looking** [7] - 8:20, 12:13, 22:5, 24:1, 32:23, 36:12, 37:5
**lose** [1] - 26:10
**lost** [1] - 7:13
**love** [3] - 7:2, 14:9, 37:4
**loved** [1] - 13:21
**loves** [6] - 13:14, 13:20, 14:9, 16:14, 24:13

## M

**machines** [2] - 20:16, 20:24
**magnitude** [1] - 18:9
**mail** [1] - 22:15
**man** [1] - 35:22
**manage** [1] - 17:17
**manner** [2] - 5:25, 23:8
**marked** [2] - 5:3, 5:6
**MARTIN** [3] - 1:6, 1:22, 39:17
**Martin** [43] - 2:16, 3:1, 3:4, 5:1, 5:4, 5:22, 7:6, 7:9, 12:20, 13:4, 13:16, 14:8, 16:2, 16:3, 17:6, 17:10, 17:16, 18:15, 18:17, 19:4, 19:22, 19:24, 20:1, 20:18, 22:11, 22:17, 22:25, 23:17, 23:20, 24:2, 24:8, 24:12, 25:1, 25:12, 25:17, 26:8, 26:10, 26:24, 27:14, 31:13, 31:19, 39:5
**Martin's** [7] - 5:20, 6:25, 18:23, 20:15, 21:15, 22:19
**MARYLAND** [1] - 1:1
**Maryland** [8] - 1:7, 1:24, 2:3, 7:5, 7:9, 24:17, 31:15, 39:7
**master's** [1] - 13:12
**material** [4] - 4:1, 4:3, 4:4, 4:6, 4:14, 4:20, 4:25, 5:10, 11:8, 17:22, 29:18
**materials** [2] - 5:9, 32:4
**matter** [5] - 2:15, 21:21, 22:13, 29:10, 39:10
**MATTER** [1] - 1:9
**matters** [2] - 18:12, 22:20
**maximum** [2] - 11:11, 14:23
**mean** [2] - 12:11, 18:14

**means** [3] - 5:25, 11:21, 31:14
**measures** [1] - 5:17
**mechanical** [1] - 1:20
**media** [2] - 6:14, 29:8
**meet** [1] - 19:1
**meeting** [2] - 18:21, 18:25
**meetings** [4] - 15:16, 15:18, 15:20, 19:2
**mental** [4] - 17:10, 35:19, 35:21, 37:9
**mention** [1] - 35:6
**mentioned** [2] - 16:12, 20:14
**mentions** [4] - 18:16, 24:21, 26:2, 26:3
**merely** [3] - 9:13, 10:4, 29:19
**Merit** [1] - 39:5
**met** [3] - 14:2, 18:2, 19:25
**Michael** [1] - 13:16
**might** [10] - 16:8, 20:2, 24:25, 25:1, 26:10, 29:5, 29:18, 33:6, 33:7
**mind** [1] - 25:2
**minds** [1] - 14:2
**minor** [1] - 36:10
**minute** [2] - 2:9, 20:7
**minutes** [1] - 18:23
**Miranda** [1] - 18:24
**missed** [1] - 32:21
**missing** [1] - 14:24
**mission** [4] - 14:10, 16:15, 16:23, 23:20
**mistakes** [1] - 27:6
**misunderstanding** [1] - 8:17
**mitigates** [2] - 7:15, 10:9
**mitigating** [1] - 5:24
**modern** [1] - 29:7
**modification** [1] - 10:7
**modifications** [1] - 35:12
**moment** [1] - 4:11
**moments** [2] - 21:11, 33:1
**monitor** [1] - 29:23
**monitored** [1] - 9:25
**moral** [1] - 12:24
**morally** [1] - 13:1
**mortgage** [1] - 13:24
**most** [3] - 14:2, 14:9, 14:15
**mother** [2] - 13:19, 18:7
**motion** [3] - 3:9, 34:8, 35:9
**motions** [1] - 28:7
**motivated** [1] - 13:3
**motive** [2] - 21:23, 22:7
**moves** [1] - 8:11
**moving** [1] - 3:15
**MR** [35] - 2:7, 2:8, 2:13, 2:22, 3:7, 3:8, 3:13, 3:15, 7:22, 8:1, 8:3, 8:8, 8:16, 8:22, 9:1, 9:5, 9:12, 9:17, 12:1, 12:3, 12:19, 16:12, 16:22, 20:2, 20:7, 20:11, 20:14, 21:8, 28:2, 30:2, 30:4, 30:10, 38:15, 38:17, 38:19
**multiple** [1] - 28:23
**must** [1] - 32:9
**MYERS** [12] - 2:8, 2:13, 3:7, 3:13, 3:15, 8:1, 8:3, 9:5, 9:12, 9:17, 28:2, 38:15
**Myers** [8] - 1:13, 2:12, 2:14, 3:12, 9:8,

11:25, 12:10, 28:1
**myriad** [1] - 19:20

## N

**nation** [2] - 6:5, 23:24
**nation's** [2] - 5:18, 21:17
**national** [5] - 10:11, 12:8, 25:22, 27:1, 27:7
**National** [2] - 2:19, 16:15
**nature** [12] - 3:24, 6:5, 7:18, 8:4, 9:10, 9:19, 10:20, 36:7, 36:12, 36:14, 37:17, 38:1
**Navy** [4] - 13:7, 24:16, 24:18, 34:22
**necessarily** [1] - 9:6
**necessary** [3] - 5:17, 11:19, 22:7
**need** [4] - 23:6, 30:16, 31:4, 31:9
**needs** [1] - 27:14
**nerve** [1] - 7:10
**network** [1] - 23:10
**nevertheless** [1] - 28:23
**New** [1] - 13:19
**next** [1] - 18:25
**night** [4] - 26:6, 26:8, 26:12
**nine** [1] - 35:9
**Noble** [1] - 25:11
**non** [4] - 10:10, 11:20, 12:11, 12:12
**non-appearance** [3] - 10:10, 12:11, 12:12
**nondisclosure** [1] - 5:13
**none** [4] - 10:8, 10:15, 10:19, 26:17
**noose** [1] - 26:16
**NORTHERN** [1] - 1:2
**noted** [1] - 32:12
**nothing** [7] - 15:22, 16:2, 16:3, 19:24, 22:10, 37:12, 38:15
**notion** [2] - 22:24, 25:23
**notwithstanding** [1] - 5:5
**NSA** [4] - 16:1, 22:16, 25:8, 37:2
**number** [5] - 3:20, 5:13, 17:20, 29:13, 35:20
**Number** [1] - 2:17

## O

**obligation** [1] - 8:13
**obsession** [1] - 33:22
**obstruct** [1] - 6:21
**obtaining** [1] - 14:22
**obviates** [1] - 8:10
**occurred** [1] - 20:5
**October** [2] - 1:8, 39:14
**OCTOBER** [1] - 2:1
**odd** [1] - 35:14
**OF** [4] - 1:1, 1:3, 2:1, 39:1
**offense** [10] - 3:24, 3:25, 4:9, 5:25, 6:2, 36:8, 36:9, 36:13, 36:14
**offenses** [6] - 6:1, 6:20, 11:4, 31:24,

32:1, 32:15
**offering** [1] - 30:16
**office** [4] - 18:4, 18:7, 20:24, 31:9
**Office** [2] - 2:23, 20:23
**officer** [1] - 35:2
**officers** [1] - 5:1
**OFFICIAL** [3] - 1:23, 39:1, 39:18
**old** [2] - 13:4, 13:5
**old-fashioned** [1] - 13:5
**ON** [1] - 1:9
**once** [4] - 8:11, 24:15, 36:2, 36:5
**one** [16] - 6:1, 9:13, 14:2, 18:19, 20:7, 21:10, 22:13, 27:13, 28:17, 30:4, 35:2, 35:6, 35:11, 35:12, 36:24, 37:25
**openly** [2] - 4:19, 5:7
**operations** [1] - 11:7
**opportunity** [1] - 3:5
**opposed** [1] - 10:4
**options** [1] - 30:17
**oral** [1] - 18:12
**Order** [2] - 10:7, 10:8
**order** [7] - 7:20, 10:7, 11:22, 13:1, 16:18, 17:5, 18:5
**ordering** [1] - 5:21
**organizations** [3] - 14:11, 16:24, 19:25
**originally** [1] - 31:25
**otherwise** [2] - 11:1, 33:15
**outrageous** [1] - 5:6
**outset** [1] - 11:10
**outside** [4] - 7:6, 24:14, 28:12, 29:6
**overwhelming** [1] - 4:16
**own** [1] - 15:19
**owns** [1] - 24:16

## P

**page** [2] - 9:1, 39:11
**pages** [1] - 4:2
**paints** [2] - 34:9, 38:3
**panoply** [1] - 30:17
**paper** [6] - 19:17, 19:19, 20:17, 21:9, 22:3, 24:22
**paragraph** [1] - 23:4
**parked** [1] - 4:21
**part** [5] - 4:9, 16:14, 19:18, 23:21
**particular** [1] - 36:13
**particularly** [4] - 14:12, 14:13, 22:21, 29:12
**partner** [1] - 35:14
**pastor** [1] - 13:15
**patriotic** [1] - 5:15
**pattern** [1] - 4:9
**Pause** [2] - 2:11, 20:10
**pause** [5] - 16:8, 35:1, 35:2, 35:4, 35:5
**pay** [2] - 11:1, 13:24
**penalties** [1] - 11:16
**pending** [3] - 3:23, 5:21, 11:22
**people** [6] - 13:21, 18:8, 25:8, 34:1, 34:4, 35:17

**percent** [1] - 24:9
**perfect** [2] - 32:19, 32:20
**period** [1] - 33:10
**permissible** [1] - 9:13
**permit** [1] - 32:7
**persistent** [1] - 4:9
**person** [8] - 7:5, 13:22, 34:16, 34:17, 36:17, 36:22, 37:18, 38:2
**person's** [1] - 37:18
**personal** [1] - 14:19
**persons** [3] - 34:2, 34:5, 34:17
**perspective** [2] - 12:13, 32:24
**persuasive** [1] - 32:18
**Ph.D** [2] - 13:13, 35:23
**philosophical** [1] - 12:23
**picture** [1] - 17:8
**piece** [1] - 29:8
**Pino** [4] - 1:19, 2:19, 16:10, 16:20
**place** [2] - 4:18, 33:18
**placed** [1] - 19:21
**places** [2] - 30:9, 30:10
**plainly** [1] - 23:8
**planned** [1] - 4:14
**plays** [1] - 27:5
**pleading** [3] - 10:14, 22:14, 25:15
**pleasure** [2] - 14:4, 38:19
**plenty** [1] - 30:24
**PM** [2] - 1:8
**point** [3] - 4:8, 28:15, 31:16
**pointed** [2] - 33:14, 37:8
**political** [1] - 12:23
**portfolio** [1] - 5:2
**pose** [3] - 7:16, 37:14, 38:10
**posed** [4] - 7:19, 9:19, 37:18, 38:2
**poses** [1] - 11:20
**possessed** [1] - 15:14
**possessing** [3] - 15:19, 17:11, 17:25
**possibility** [3] - 10:9, 24:25, 35:25
**possibly** [2] - 17:15, 30:5
**potential** [1] - 10:18
**potentially** [2] - 10:10, 21:17
**power** [1] - 16:1
**powers** [2] - 29:22, 38:8
**practitioners** [1] - 28:4
**prediction** [3] - 15:2, 15:12, 22:5
**preliminary** [1] - 11:11
**premise** [1] - 21:1
**preponderance** [1] - 37:14
**presence** [1] - 37:22
**present** [1] - 1:18
**presentation** [9] - 12:8, 14:17, 18:13, 19:18, 20:15, 20:18, 24:23, 27:18, 35:6
**presented** [3] - 17:1, 33:1, 33:15
**presenting** [1] - 36:24
**presents** [4] - 7:20, 11:4, 35:17, 37:1
**presidential** [1] - 25:20
**presiding** [1] - 2:4
**Pretrial** [7] - 3:6, 26:3, 30:21, 31:13,

34:25, 35:2, 37:6
**pretrial** [1] - 3:16
**pretty** [1] - 26:5
**prevent** [2] - 10:3, 29:23
**prevents** [1] - 10:9
**previous** [1] - 18:20
**principled** [1] - 13:2
**principles** [2] - 12:24, 13:5
**problems** [1] - 35:3
**procedure** [1] - 21:3
**proceed** [2] - 12:4, 20:11
**proceeded** [1] - 18:23
**proceeding** [1] - 24:10
**Proceedings** [2] - 1:20, 38:22
**proceedings** [1] - 39:10
**PROCEEDINGS** [1] - 2:1
**process** [7] - 14:3, 14:5, 15:15, 19:7, 27:8, 27:12, 27:21
**produced** [1] - 1:21
**proffer** [1] - 30:14
**project** [1] - 15:1
**proliferation** [1] - 29:13
**prong** [1] - 21:19
**properly** [1] - 5:16
**property** [1] - 32:2
**proposed** [1] - 31:19
**proposing** [1] - 30:18
**prosecution** [1] - 28:10
**prosecutors** [1] - 18:19
**prospect** [1] - 6:7
**protect** [7] - 5:15, 13:10, 22:18, 25:13, 25:23, 26:17, 26:22
**protecting** [4] - 10:24, 20:20, 23:19
**protector** [1] - 37:2
**proud** [1] - 23:22
**prove** [2] - 13:1, 19:15
**public** [6] - 9:11, 12:12, 17:4, 32:8, 37:21, 38:10
**Public** [4] - 1:16, 1:17, 2:23, 2:24
**purely** [1] - 14:21
**purpose** [1] - 4:15
**pursuant** [3] - 3:16, 7:17, 39:8
**put** [3] - 9:8, 23:16, 26:13
**putting** [2] - 6:4, 6:5

## Q

**quality** [1] - 23:23
**quantities** [2] - 28:25, 29:9
**quantity** [5] - 4:5, 4:6, 4:17, 4:23, 5:6
**questions** [1] - 12:5
**quote** [1] - 19:19

## R

**raised** [3] - 18:12, 19:10, 27:1
**raises** [1] - 27:7
**rake** [1] - 14:1

**rather** [1] - 4:13
**read** [2] - 17:17, 30:21
**reads** [1] - 23:5
**ready** [3] - 12:1, 20:11, 20:12
**really** [4] - 26:21, 34:13, 35:14, 37:6
**realm** [1] - 11:4
**Realtime** [1] - 39:6
**reason** [6] - 4:12, 5:16, 7:12, 7:14, 29:15, 33:23
**reasonable** [1] - 6:7
**reasons** [1] - 14:18
**reassurance** [2] - 23:6, 31:4
**received** [1] - 18:8
**recess** [1] - 38:21
**record** [2] - 8:16, 30:22
**recorded** [1] - 1:20
**recover** [1] - 29:24
**recovered** [7] - 4:3, 29:18, 33:18, 33:21, 33:24, 35:7, 35:10
**recovers** [1] - 36:18
**recruit** [1] - 11:1
**recruitment** [1] - 10:24
**reduce** [1] - 9:20
**referenced** [2] - 10:16, 33:3
**referred** [2] - 34:7, 34:8
**referring** [3] - 23:21, 30:6, 30:7
**refers** [1] - 7:7
**Reform** [15] - 10:5, 14:12, 15:1, 15:12, 17:3, 21:20, 22:6, 24:4, 27:12, 27:13, 31:23, 31:25, 32:6, 32:13, 36:7
**regarding** [4] - 14:13, 16:9, 22:5, 26:4
**region** [1] - 24:18
**Registered** [1] - 39:5
**regrets** [1] - 19:4
**regulations** [1] - 39:11
**reiterated** [1] - 29:20
**relating** [1] - 6:15
**release** [15] - 3:22, 7:12, 7:16, 7:19, 8:25, 9:4, 9:6, 9:19, 10:7, 10:9, 12:25, 31:19, 37:19, 38:2, 38:10
**released** [5] - 3:19, 10:19, 12:17, 17:4, 27:14
**releasing** [1] - 18:15
**relevant** [2] - 21:20, 26:4
**rely** [1] - 27:8
**remained** [1] - 18:5
**remaining** [1] - 22:10
**remedies** [2] - 10:6, 10:9
**remember** [2] - 19:17, 37:11
**reminded** [1] - 31:5
**removal** [1] - 32:3
**remove** [2] - 19:24, 33:22
**removed** [1] - 5:10
**removing** [4] - 33:11, 34:5, 34:13, 34:22
**repeated** [2] - 15:16, 15:20
**reply** [1] - 3:10
**report** [6] - 3:6, 26:3, 30:21, 31:13, 35:1, 37:6
**reported** [3] - 18:2, 26:5, 39:9

**REPORTER** [3] - 1:23, 39:1, 39:18
**Reporter** [2] - 39:5, 39:6
**reports** [1] - 18:8
**required** [1] - 3:19
**Reserves** [1] - 13:8
**residence** [2] - 7:11, 35:10
**residences** [1] - 18:9
**respect** [4] - 19:22, 25:3, 27:17, 28:3
**response** [3] - 3:10, 21:21, 28:1
**responsive** [1] - 10:14
**rest** [2] - 18:5, 30:13
**restricted** [2] - 32:9, 37:24
**restricting** [1] - 27:10
**restrictions** [1] - 10:4
**result** [1] - 34:23
**retention** [2] - 15:9, 32:3
**retirement** [1] - 23:12
**review** [1] - 3:5
**reviewed** [2] - 3:9, 4:8
**revocation** [1] - 10:8
**rise** [2] - 2:2, 38:20
**risk** [37] - 3:18, 6:6, 7:20, 8:6, 8:20, 9:14, 9:16, 11:20, 12:6, 14:14, 15:2, 16:9, 21:12, 21:18, 22:5, 24:10, 24:22, 26:3, 26:4, 26:13, 26:24, 27:3, 27:11, 27:16, 27:22, 29:16, 31:18, 32:10, 32:16, 34:24, 36:2, 36:4, 37:5, 37:13, 37:15, 37:24, 38:9
**risks** [3] - 11:22, 15:3, 22:23
**RMR** [2] - 1:22, 39:17
**road** [1] - 29:24
**Robert** [1] - 13:2
**rocket** [1] - 20:25
**role** [3] - 22:19, 27:4, 27:18
**room** [1] - 16:7
**row** [1] - 13:15
**ruled** [1] - 32:12
**ruling** [4] - 7:23, 27:10, 32:13, 38:14
**run** [1] - 11:15
**Russian** [4] - 17:19, 25:17, 25:24, 25:25

## S

**safety** [1] - 37:21
**saw** [3] - 18:6, 18:9, 34:7
**scale** [1] - 4:2
**science** [1] - 20:25
**SCIF** [1] - 25:5
**seal** [1] - 20:6
**search** [1] - 4:22
**searched** [1] - 29:11
**searching** [1] - 28:19
**seated** [2] - 2:6, 3:4
**second** [2] - 24:24, 30:11
**secret** [2] - 30:9, 30:10
**secreted** [2] - 29:2, 29:12
**secrets** [3] - 7:4, 12:25, 22:18
**section** [1] - 31:13
**sections** [1] - 32:6

**secure** [3] - 9:21, 9:22, 34:12
**secured** [1] - 34:6
**security** [10] - 5:19, 5:22, 10:11, 12:8, 21:17, 25:9, 25:22, 27:2, 27:7, 34:2
**Security** [2] - 2:19, 16:15
**see** [3] - 16:5, 17:8, 34:16
**seek** [3] - 9:10, 32:7, 36:3
**seem** [2] - 21:4, 21:18
**seized** [5] - 4:6, 5:9, 6:14, 6:16, 28:22
**seizure** [1] - 32:19
**self** [1] - 36:24
**sense** [2] - 17:13, 18:5
**sentence** [1] - 11:17
**serious** [12] - 3:18, 3:25, 4:10, 14:22, 15:8, 26:18, 27:16, 27:22, 31:18, 32:14, 35:18, 38:9
**seriousness** [5] - 7:19, 8:4, 9:19, 37:17, 38:1
**served** [2] - 13:7
**servers** [1] - 20:24
**Service** [1] - 30:21
**service** [4] - 6:3, 13:6, 23:23, 24:16
**servicemembers** [1] - 6:6
**services** [1] - 10:25
**Services** [5] - 3:6, 31:13, 35:1, 35:2, 37:6
**serving** [2] - 14:15, 16:23
**session** [1] - 2:3
**set** [8] - 2:9, 8:10, 9:7, 21:2, 21:5, 27:14, 31:6, 38:13
**setting** [1] - 9:3
**seven** [1] - 16:1
**share** [1] - 22:14
**shared** [4] - 11:12, 15:4, 22:13, 28:17
**Shaw** [6] - 13:14, 18:3, 30:22, 31:3, 35:14, 35:15
**Shaw's** [1] - 31:8
**shed** [5] - 4:20, 17:21, 18:4, 18:7, 37:3
**sheer** [2] - 4:17, 10:20
**sheets** [1] - 26:15
**shortly** [1] - 11:9
**shotgun** [1] - 35:12
**show** [1] - 21:23
**showed** [1] - 25:17
**shown** [2] - 22:2, 29:13
**side** [4] - 13:16, 25:7, 26:20, 32:21
**sides** [1] - 32:17
**signature** [2] - 23:4, 23:5
**significance** [1] - 15:10
**significant** [3] - 11:18, 14:24, 28:24
**signing** [1] - 5:13
**similar** [1] - 13:24
**simply** [3] - 7:15, 27:18, 29:9
**singularly** [1] - 11:3
**sister** [1] - 13:18
**sitting** [1] - 38:7
**situated** [1] - 11:3
**situation** [1] - 19:4
**six** [2] - 16:1, 23:16

**size** [1] - 29:8
**skill** [3] - 21:2, 21:5, 29:1
**skilled** [1] - 28:4
**smart** [1] - 34:17
**smarter** [1] - 34:11
**snarky** [1] - 22:21
**Snowden** [3] - 12:22, 14:8, 24:9
**software** [1] - 6:14
**someone** [11] - 8:25, 12:23, 13:3, 21:16, 25:22, 29:13, 33:8, 34:19, 35:1, 35:17, 36:23
**sophisticated** [3] - 19:24, 29:14, 30:12
**sort** [11] - 15:23, 16:7, 21:14, 26:14, 33:5, 33:9, 33:24, 36:23, 37:1, 38:3
**sorts** [1] - 10:4
**sounds** [1] - 25:19
**Special** [4] - 1:19, 2:19, 16:10, 16:20
**special** [1] - 4:7
**specific** [1] - 5:9
**specify** [1] - 19:13
**spectre** [3] - 19:10, 27:1, 27:7
**spring** [1] - 23:8
**spy** [1] - 17:19
**Spycraft** [1] - 17:18
**stage** [2] - 19:12, 29:4
**stand** [1] - 30:20
**stands** [1] - 38:21
**start** [1] - 12:20
**started** [2] - 16:18
**starved** [1] - 14:4
**statements** [1] - 35:15
**STATES** [2] - 1:1, 1:3
**States** [8] - 2:2, 2:14, 2:15, 2:17, 3:17, 5:22, 39:6, 39:12
**statute** [1] - 7:17
**statutory** [3] - 10:6, 11:11, 11:16
**stenographically** [1] - 39:9
**stenographically-reported** [1] - 39:9
**stenography** [1] - 1:20
**still** [1] - 8:12
**stolen** [4] - 4:14, 10:21, 11:8, 29:17
**stop** [1] - 17:25
**stopped** [1] - 4:12
**storage** [2] - 6:16, 37:3
**store** [2] - 29:8, 33:22
**stored** [2] - 4:20, 29:5
**stores** [1] - 37:3
**Street** [1] - 1:24
**stressful** [2] - 26:7, 26:8
**strong** [1] - 36:21
**structurally** [1] - 18:4
**struggling** [1] - 13:24
**student** [1] - 13:25
**studied** [1] - 25:17
**stuff** [6] - 14:24, 21:24, 25:6, 25:7, 25:8, 25:9
**submitted** [1] - 23:2
**substance** [1] - 36:11
**substantial** [3] - 4:4, 4:5, 28:9

**successfully** [2] - 9:22, 11:22
**suffice** [1] - 28:14
**sufficient** [2] - 7:20, 8:5
**suggested** [1] - 26:9
**suggestion** [1] - 25:14
**suggests** [2] - 11:13, 35:25
**suicide** [6] - 26:3, 26:13, 26:14, 26:15, 26:18, 26:23
**support** [2] - 13:17, 13:21
**system** [1] - 19:8
**systems** [1] - 29:6

# T

**table** [5] - 2:24, 2:25, 25:3, 25:7, 34:4
**tables** [1] - 34:1
**target** [1] - 10:24
**team** [2] - 16:14, 23:21
**technical** [3] - 11:7, 20:15, 29:14
**techniques** [1] - 20:17
**technology** [4] - 20:16, 20:20, 21:16, 29:7
**ten** [1] - 35:9
**terabytes** [3] - 4:4, 17:12, 34:13, 36:18
**term** [3] - 28:6, 33:5, 33:22
**terms** [5] - 12:11, 14:25, 15:9, 18:14, 36:2
**territory** [1] - 29:24
**terrorism** [1] - 36:10
**Thea** [2] - 1:14, 2:18
**theft** [3] - 4:1, 4:18, 32:2
**themselves** [1] - 35:17
**therefore** [1] - 32:8
**they've** [9] - 14:21, 15:6, 15:9, 15:24, 15:25, 23:18, 30:24, 31:1, 32:21
**thinks** [2] - 12:24, 30:24
**thoroughly** [1] - 29:10
**thousands** [1] - 4:2
**threat** [1] - 12:11
**threatened** [1] - 15:6
**threats** [1] - 12:8
**three** [1] - 14:18
**threw** [1] - 24:25
**throughout** [1] - 14:15
**thumbnail** [1] - 29:8
**tied** [1] - 7:6
**ties** [5] - 7:9, 12:16, 14:14, 27:20, 37:10
**Title** [1] - 3:16
**today** [7] - 13:18, 13:23, 14:23, 21:9, 24:20, 25:15, 27:2
**token** [2] - 18:22, 24:11
**ton** [2] - 19:22, 25:2
**tone** [1] - 22:21
**topics** [1] - 6:15
**total** [1] - 4:6
**totally** [1] - 23:19
**touch** [1] - 18:11
**touched** [1] - 17:23
**towards** [3] - 3:23, 4:17, 5:21

**training** [5] - 5:14, 6:11, 6:17, 6:19, 21:6
**traitor** [2] - 15:24, 16:2
**transcript** [3] - 1:20, 39:9, 39:11
**transmittal** [2] - 15:23, 19:15
**traveled** [2] - 13:17, 24:14
**treasured** [2] - 16:17, 18:1
**treat** [1] - 23:9
**tremendous** [1] - 28:3
**Trial** [2] - 1:14, 2:18
**trial** [3] - 3:23, 5:21, 11:23
**trove** [1] - 28:21
**true** [5] - 14:19, 27:9, 33:6, 33:7, 39:9
**trust** [3] - 5:13, 7:4, 22:9
**trusted** [1] - 19:19
**truth** [1] - 28:16
**truthful** [1] - 28:16
**try** [3] - 11:1, 16:23, 25:24
**trying** [4] - 13:10, 14:6, 19:8, 25:23
**turned** [1] - 26:16
**two** [7] - 4:18, 10:20, 15:18, 32:1, 34:17, 35:10, 35:17
**type** [2] - 35:11

## U

**U.S** [4] - 1:13, 1:14, 1:23, 20:22
**U.S.C** [4] - 31:23, 32:3, 32:5, 39:8
**UMBC** [2] - 13:13, 35:23
**unauthorized** [1] - 32:3
**unaware** [1] - 35:16
**under** [25] - 3:21, 7:24, 8:23, 10:5, 14:12, 15:1, 15:12, 17:2, 20:5, 22:6, 26:13, 26:14, 29:16, 31:17, 31:19, 32:3, 32:5, 32:6, 32:8, 32:14, 36:4, 36:7, 37:16, 37:25, 38:10
**undergoing** [1] - 5:14
**unemployable** [1] - 11:2
**uniquely** [1] - 11:3
**United** [8] - 2:2, 2:14, 2:15, 2:17, 3:17, 5:22, 39:6, 39:12
**UNITED** [2] - 1:1, 1:3
**unlocked** [2] - 17:21, 37:3
**unprecedented** [1] - 11:4
**unusual** [2] - 18:20, 18:22
**up** [8] - 2:9, 20:4, 23:1, 29:21, 29:24, 30:20, 31:6, 34:18
**usual** [1] - 12:5

## V

**value** [5] - 10:24, 11:5, 11:6, 25:2, 29:20
**vehicle** [1] - 35:7
**versus** [1] - 2:16
**veteran** [1] - 13:7
**victim** [1] - 36:10
**view** [1] - 34:3
**viewed** [1] - 34:3
**violation** [2] - 10:6, 36:9

**violations** [3] - 5:18, 10:3, 11:14
**violence** [1] - 36:9
**virtual** [2] - 20:16, 20:24
**virtually** [1] - 31:16
**visitors** [1] - 10:1
**vital** [1] - 7:10
**volume** [1] - 10:20
**voracious** [2] - 14:2, 16:13

## W

**waiving** [1] - 18:24
**walking** [3] - 5:2, 34:20, 38:4
**walks** [1] - 37:2
**wants** [1] - 23:20
**warnings** [1] - 18:24
**warrant** [1] - 31:2
**warranted** [1] - 36:16
**warrants** [1] - 4:22
**Washington** [1] - 13:12
**watch** [2] - 26:14, 26:15
**ways** [1] - 16:25
**weapon** [1] - 35:11
**weapons** [1] - 35:11
**weeks** [2] - 16:1, 23:16
**weight** [4] - 4:16, 26:24, 36:17, 36:20
**West** [1] - 1:24
**Whole** [1] - 25:10
**whole** [1] - 17:8
**wholesale** [1] - 4:18
**wife** [9] - 7:7, 9:24, 18:3, 24:16, 26:5, 30:19, 30:21, 35:15
**willful** [1] - 7:3
**willing** [3] - 13:3, 34:11
**wish** [1] - 29:21
**woman** [2] - 7:7, 30:23
**workers** [1] - 34:18
**workplaces** [1] - 5:10
**works** [2] - 25:22, 30:23
**worried** [2] - 26:6, 26:7
**worry** [1] - 18:13
**wrapping** [1] - 23:17
**written** [3] - 18:12, 34:8, 35:8
**WYDA** [20] - 2:22, 3:8, 7:22, 8:8, 8:16, 8:22, 9:1, 12:1, 12:3, 12:19, 16:12, 16:22, 20:7, 20:11, 20:14, 21:8, 30:2, 30:4, 30:10, 38:17
**Wyda** [17] - 1:16, 2:23, 12:2, 12:9, 21:7, 27:25, 30:3, 31:21, 32:12, 32:18, 33:3, 33:14, 33:25, 34:7, 34:9, 35:18, 37:8

## Y

**years** [17] - 5:12, 6:4, 6:19, 6:21, 11:12, 11:17, 13:7, 13:8, 13:9, 13:11, 17:23, 18:2, 33:3, 33:4, 33:10, 34:21, 37:11
**yourself** [1] - 23:7

## Z

**Zachary** [2] - 1:13, 2:14

## §

**§** [19] - 3:17, 3:21, 7:25, 8:2, 8:13, 8:24, 9:7, 29:16, 31:24, 32:3, 32:5, 36:9, 37:17, 38:1, 38:10, 39:8