

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

March 9, 2017

ALL COUNSEL OF RECORD

    Re:  United States v. Martin, MJG-17-069

Dear Counsel:

    I presume you have the Federal Judicial Center Book entitled "National Security Case Studies."[1]  The Sixth Edition (2015) includes some three dozen cases studies describing what was done in various cases presenting national security issues, including the Drake case in which some of you were counsel.

    I would appreciate it, if you could advise me of any of the case studies that involve situations analogous to those that will be presented in the instant case.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                                                Yours truly,

                                                _____/s/_____
                                                Marvin J. Garbis
                                   United States District Judge

---

[1]  If you do not have the book, I presume there will no difficulty in your obtaining it.