**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

March 9, 2017

The Hon. Marvin J. Garbis
United States District Judge
District of Maryland
101 West Lombard Street – Chambers 5C
Baltimore, Maryland  21201

   Re: *United States v. Harold T. Martin, III*
     Crim. No. MJG-17-0069

Dear Judge Garbis:

   I am writing in response to the Court's Memorandum to Counsel dated March 7, 2017. The defense has no objection to the Court's request to treat the meeting on March 13, 2017 as a pretrial conference pursuant to the Classified Information Procedures Act (CIPA) Section 2. It is premature to respond to the remainder of the Government's summary of CIPA, including Sections 4-6, in its Motion for a Pretrial Conference, dated March 6, 2017.

      Respectfully,


       /s/


      James Wyda
      Federal Defender


      Deborah Boardman
      First Assistant Federal Defender


JW:sdf
cc:  Zachary Myers, Esq.
  Harvey Eisenberg, Esq.
  David Aaron, Esq.
  Nicolas Mitchell, Esq.