

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND  21201

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

March 17, 2017

ALL COUNSEL OF RECORD

    Re:  United States v. Martin, MJG-17-069

Dear Counsel:

    I wish to confirm my understanding of Mr. Myers' letter of this date [ECF No. 46].  That is:

- The Government has heretofore shown defense counsel a set of redacted versions of 20 documents ("the First Versions") that underlie the charges in the Indictment.

- The CISO will bring the First Versions of the 20 documents for my review on March 27.

    o  The review shall take place in a SCIF.

    o  The documents shall be returned to the CISO after the review.

- After the entry of a protective order under § 3 of CIPA, the Government shall provide defense counsel (and me upon request) with a second, possibly additionally redacted set of the 20 documents ("The Second Versions").

- I may retain the Second Versions in the court's SCIF.

- No decision need now be made regarding any access by defense counsel or me to information that is redacted in the Second Versions.

COUNSEL OF RECORD
March 17, 2017
Page No. 2

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                      Yours truly,

                      _____/s/_____
                      Marvin J. Garbis
                United States District Judge

CC: Clerk