

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND  21201

Chambers of
Hon. Marvin J. Garbis
United States District Judge

April 21, 2017

ALL COUNSEL OF RECORD

    Re:  United States v. Martin, MJG-17-069

Dear Counsel:

    This is to confirm that, as discussed in the conference held this date:

1. By May 5,[1] the parties shall resolve, or identify, all CIPA[2] § 3 issues.

2. By July 7:

    a. The Government shall file ex parte its CIPA § 4 motion.

    b. The defense shall file[3] any submission relating to CIPA § 4 and Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

    Yours truly,

    _____/s/_____
    Marvin J. Garbis
    United States District Judge

CC: Clerk

---

[1]    All date references herein are to the year 2017.
[2]    Classified Information Procedures Act, 18 U.S.C. App. 3 (2012).
[3]    Ex parte, if necessary.