IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. MJG-17-0069** |
| | * | |
| **HAROLD T. MARTIN, III** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| ****** | | |

**MEMORANDUM OF UNDERSTANDING REGARDING RECEIPT OF
CLASSIFIED INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders, including but not limited to, Title 18 United States Code, sections 793, 794, 798, and 1924; the Intelligence Agents Identities Protection Act, Title 50 U.S.C. Section 421; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; and Executive Order 13526, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and which belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government.  In consideration for the disclosure of classified information and documents:

(1)	I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as expressly authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order entered in *United States v. Harold T. Martin, III*, criminal number MJG-17-0069, District of Maryland.

(2) I agree that this Memorandum will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Maryland on _____, 2017, in *United States v. Harold T. Martin, III*, criminal number MJG-17-0069, relating to classified information, and I agree to comply with the provisions thereof.

(4) I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____     _____
James Wyda, Esq.                    Date
Counsel for Harold T. Martin, III

_____     _____
Deborah L. Boardman, Esq.           Date
Counsel for Harold T. Martin, III

_____     _____
Shari Derrow, Esq.                  Date
Counsel for Harold T. Martin, III

_____     _____
Harold T. Martin, III               Date
Defendant

_____     _____
Amie West                           Date
Office of the Federal Public Defender

_____     _____
Lori Rusnak                         Date
Office of the Federal Public Defender

_____     _____
Claire Benack                       Date
Office of the Federal Public Defender