## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

November 9, 2017

The Hon. Marvin J. Garbis
United States District Judge
District of Maryland
101 West Lombard Street – Chambers 5C
Baltimore, Maryland  21201

     Re:   *United States v. Harold T. Martin, III*
             Crim. No. MJG-17-0069

Dear Judge Garbis:

     Harold Martin has asked us to inform the Court that the government seized his wedding ring, a signet ring, and a necklace from him on the day of his arrest. The government has denied that Mr. Martin was wearing these items at the time he was taken into custody. These are items that Mr. Martin routinely wore. They have great significance to him and his family. The government has met with counsel about this issue. They have returned boxes of personal papers and other items. They have not located these items.

     Mr. Martin respectfully requests the Court to order the government to return these items to him.

                                 Respectfully,

                                 /s/

                                 James Wyda
                                 Federal Defender

cc:  Zachary Myers, Esq.
     Harvey Eisenberg, Esq.